UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Dr. Athman Bouguettaya, et. al.

V.

Michael Chertoff, Secretary DHS, et al

CASE NUMBER 1:06CV00482
JUDGE: Richard J. Leon

### Affidavit of Service

I, Heather M. Crump, mailed the summons and complaint personally to Michael Chertoff, Secretary, United States Department of Homeland Security, Office of General Counsel, 245 Murray Drive, Room 5018, NW, Washington, D.C. 20528 by U.S. Postal Service Certified Mail on March 27, 2006.

Dated: April 11, 2006

*Heather Crump*
Heather M. Crump
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Blvd
Arlington, VA 22205
(703) 908-4800

---

Re: Dr. Athman Bouguettaya vs Michael C[hertoff]

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Michael Chertoff, Secretary
Dept of Homeland Security
Office of General Counsel
Attn: Francis
245 Murray Dr Room 5018, NW
Washington DC 20528

SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X *Marcus Adams*
B. Received by (Printed Name): JM    C. Date: APR 5 2006
D. Is delivery address different from item 1? If YES, enter delivery address below:

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)

2. Article Number (Transfer from service label): 7003 1010 0001 9985 6778

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE
WASHINGTON DC 20528

| | |
|---|---|
| Postage | $1.59 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.84 |

27948  JM

Sent To: MICHAEL CHERTOFF, Secretary US DHS Office of Gen Counsel ATT: Francis Adams
Street, Apt. No.; or PO Box No.: 245 Murray Dr Rm 5018 NW
City, State, ZIP+4: Washington DC 20528

PS Form 3800, June 2002    See Reverse for Instructions

[Postmark: ARLINGTON VA PRESTON KING STA 22205]