UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Dr. Athman Bouguettaya, et. al.

V.

Michael Chertoff, Secretary DHS, et al

CASE NUMBER 1:06CV00482
JUDGE: Richard J. Leon

### Affidavit of Service

I, Heather M. Crump, mailed the summons and complaint personally to Robert S. Mueller, III, Director, FBI, Office of General Counsel, Room No. 7427, 935 Pennsylvania Avenue, NW, Washington, D.C. 20535 by U.S. Postal Service Certified Mail on March 27, 2006.

Dated: April 11, 2006

Heather M. Crump
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Blvd
Arlington, VA 22205
(703) 908-4800

---

Dr Athman Bouguettaya vs Michael Chert

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Robert S. Mueller, III, Director
FBI, Office of General Counsel
Room # 7427
935 Pennsylvania Avenue, NW
Washington, DC 20535-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

B. Received by (Printed Name): D W Jones
C. Date: 04/...

D. Is delivery address different from item 1? ☐
If YES, enter delivery address below: ☐

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐

2. Article Number (Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

WASHINGTON DC 20598  OFFICIAL USE

| | |
|---|---|
| Postage | $1.59 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.84 |

Sent To: Robert S. Mueller, III, Director
Street, Apt. No.: FBI, Office of General Counsel
or PO Box No.: Room No. 7427, 935 Penn. Ave.
City, State, ZIP+4: Washington, DC 20535-01

PS Form 3800, June 2002   See Reverse for Instructions