# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Dr. Athman Bouguettaya, et. al.

V.

Michael Chertoff, Secretary DHS, et al

CASE NUMBER 1:06CV00482
JUDGE: Richard J. Leon

### Affidavit of Service

I, Heather M. Crump, mailed the summons and complaint personally to United States Department of Homeland Security, Office of General Counsel, 245 Murray Drive, Room 5018, NW, Washington, D.C. 20528 by U.S. Postal Service Certified Mail on March 27, 2006.

Dated: April 11, 2006

Heather M. Crump
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Blvd
Arlington, VA 22205
(703) 908-4800

---

Dr. Athman Bouguettaya vs Michael Chertoff, et al.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U S Dept of Homeland Security
Office of General Counsel
Attn: Francis Adams
245 Murray SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY
Washington, DC 20528

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Francis Adams_

B. Received by ( Printed Name)   APR 3 2006   C. Date

D. Is delivery address different from item 1?
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail   ☒ Express Mail
☐ Registered   ☐ Return Receipt for M
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

Article Number
(Transfer from service label)   7003 1010 0001 9985 6785

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.59 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.84 |

Sent To US DHS Office of General Counsel Attn: Francis Adams
Street, Apt. No.; or PO Box No. 245 Murray Dl Room 5018