# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Dr. Athman Bouguettaya, et. al.

    V.

Michael Chertoff, Secretary DHS, et al

**CASE NUMBER 1:06CV00482**
**JUDGE: Richard J. Leon**

### Affidavit of Service

I, Heather M. Crump, mailed the summons and complaint personally to Paul Novak, Director, Vermont Service Center, United States Citizenship & Immigration Service, 75 Lower Welden Street, St. Albans, VT 05479-0001 by U.S. Postal Service Certified Mail on March 22, 2006. Vermont Service Center received the summons on March 24, 2006.

Dated: April 11, 2006

*Heather Crump*

Heather M. Crump
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Blvd
Arlington, VA 22205
(703) 908-4800

---

Dr. Athman Bouguettaya et al vs Michael Chertoff etc.

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Paul Novak, Director, VT Service center
SCIS - Department of Homeland Security
75 Lower Welden Street
St. Albans, VT 05479-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

B. Received by (Printed Name)    C. Date

D. Is delivery address different from item 1?
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

Article Number (Transfer from service label)    7003 1010 0001 9985 6792

PS Form 3811, February 2004    Domestic Return Receipt    102

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com.

SAINT ALBANS VT 05479

| | |
|---|---|
| Postage | $1.83 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.08 |

03/22/2006

Sent To
Paul Novak, Director, VT Service Ce.
Street, Apt. No.; or PO Box No. USCIS - DHS 75 Lower Welden
City, State, ZIP+4 St. Albans, VT 05479-0001

PS Form 3800, June 2002    See Reverse for Instructions