UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Dr. Athman Bouguettaya, et. al.

V.

Michael Chertoff, Secretary DHS, et al

CASE NUMBER 1:06CV00482
JUDGE: Richard J. Leon

### Affidavit of Service

I, Heather M. Crump, mailed the summons and complaint personally to Phyllis A. Howard, District Director, Services, Washington District Office, U.S. Citizenship & Immigration Services, U.S. Department of Homeland Security, 2675 Prosperity Avenue, Fairfax, VA 22031 by U.S. Postal Service Certified Mail on March 22, 2006.

Dated: April 11, 2006

Heather M. Crump
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Blvd
Arlington, VA 22205
(703) 908-4800

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Phyllis A Howard Dist. Director, Services
Washington District Office
U.S. Citizenship & Imm. Services
U.S. Dept. of Homeland Security
2675 Prosperity Avenue
Fairfax, VA 22031

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: US CITIZENSHIP AND IMMIGRATION SE
B. Received by (Printed Name)
C. Date
D. Is delivery address different from item 1? If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)

2. Article Number (Transfer from service label): 7003 1010 0001 9985 8826

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

| | |
|---|---|
| Postage | $1.83 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.08 |

Sent To: Phyllis A Howard, Dist. Director, Ser
Street, Apt. No.: Washington District Office - USCIS
or PO Box No.: US DHS 2675 Prosperity Avenue
City, State, ZIP+4: Fairfax, VA 22031

PS Form 3800, June 2002    See Reverse for Instructions