**UNITED STATES DISTRICT COURT**
**District of Columbia**

Dr. Athman Bouguettaya, et. al.

      V.

Michael Chertoff, Secretary DHS, et al.

**Case Number:1:06CV00482**
**Judge: Richard J. Leon**

### AFFIDAVIT OF SERVICE

    I, David P. Murphy, served the Summons and Complaint personally to the Director, Eduardo Acquire, Jr., of the U.S. Citizenship and Immigration Services, on March 20, 2006. Ms. T. Whitney, with the office of Eduardo Acguire, Jr., Director, U.S. Citizenship and Immigration Services accepted the personal service on behalf of the Director of the U.S. Citizenship and Immigration Services.

Dated: March 28, 2006

_____
David P. Murphy
Law Offices of Rajiv S. Khanna, PC
5225 N. Wilson Blvd.
Arlington, VA 22205
(703) 908-4480 Extn. 109