UNITED STATES DISTRICT COURT
District of Columbia

Dr. Athman Bouguettaya, et. al.

V.

Michael Chertoff, Secretary DHS, et al.

Case Number:1:06CV00482
Judge: Richard J. Leon

### AFFIDAVIT OF SERVICE

I, David P. Murphy, served the Summons and Complaint personally to the Attorney General, Alberto R. Gonzales, U.S. Department of Justice on March 20, 2006. Mr. R. McDowell, with the U. S. Department of Justice, Attorney General, accepted the personal service on behalf of Alberto R. Gonzales, Attorney General, U.S. Department of Justice.

Dated: March 28, 2006

David P. Murphy
Law Offices of Rajiv S. Khanna, PC
5225 N. Wilson Blvd.
Arlington, VA 22205
(703) 908-4480 Extn. 109