UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Dr. Athman Bouguettaya, et. al.

V.

Michael Chertoff, Secretary DHS, et al

CASE NUMBER 1:06CV00482
JUDGE: Richard J. Leon

### Affidavit of Service

I, Heather M. Crump, mailed the summons and complaint personally to Michael Chertoff, Secretary, United States Department of Homeland Security, Office of General Counsel, 245 Murray Drive, Room 5018, NW, Washington, D.C. 20528 by U.S. Postal Service Certified Mail on March 27, 2006.

Dated: April 11, 2006

*Heather Crump*
Heather M. Crump
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Blvd
Arlington, VA 22205
(703) 908-4800