**UNITED STATES DISTRICT COURT**
**District of Columbia**

Dr. Athman Bouguettaya, et. al.

V.

Michael Chertoff, Secretary DHS, et al.

**Case Number:1:06CV00482**
**Judge: Richard J. Leon**

**AFFIDAVIT OF SERVICE**

I, David P. Murphy, served the Summons and Complaint personally to the U.S. Attorney, United States of America on March 20, 2006. Ms. Lori Cox, with the U.S. Attorney's Office, United States of America, accepted the personal service on behalf of the U.S. Attorney, U.S.A.

Dated: March 28, 2006

_____
David P. Murphy
Law Offices of Rajiv S. Khanna, PC
5225 N. Wilson Blvd.
Arlington, VA 22205
(703) 908-4480 Extn. 109