UNITED STATES DISTRICT COURT
District of Columbia

Dr. Athman Bouguettaya, et. al.

V.

Michael Chertoff, Secretary DHS, et al.

Case Number:1:06CV00482
Judge: Richard J. Leon

## AFFIDAVIT OF SERVICE

I, David P. Murphy, served the Summons and Complaint personally to the U.S. Citizenship and Immigration Services, on March 20, 2006. Ms. T. Whitney, with the U.S. Citizenship and Immigration Services accepted the personal service on behalf of the U.S. Citizenship and Immigration Services.

Dated: March 28, 2006

_____
David P. Murphy
Law Offices of Rajiv S. Khanna, PC
5225 N. Wilson Blvd.
Arlington, VA 22205
(703) 908-4480 Extn. 109