UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Dr. Athman Bouguettaya, et. al.

V.

Michael Chertoff, Secretary DHS, et al

CASE NUMBER 1:06CV00482
JUDGE: Richard J. Leon

### Affidavit of Service

I, Heather M. Crump, mailed the summons and complaint personally to United States Department of Homeland Security, Office of General Counsel, 245 Murray Drive, Room 5018, NW, Washington, D.C. 20528 by U.S. Postal Service Certified Mail on March 27, 2006.

Dated: April 11, 2006

Heather M. Crump
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Blvd
Arlington, VA 22205
(703) 908-4800

---

Dr. Athman Bougue Haya vs Michael Chertoff, et al.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
US Dept of Homeland Security
Office of General Counsel
Attn: Francis Adams
245 Murray
Washington, DC 20528

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature X Francis Adams
B. Received by (Printed Name)   C. Date APR 3 2006
D. Is delivery address different from item 1?
   If YES, enter delivery address below:

SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐

Article Number (Transfer from service label): 7003 1010 0001 9985 6785

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $1.59 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.84 |

Sent To: US DHS Office of General Counsel
Street, Apt. No.; or PO Box No.: Attn: Francis Adams, 245 Murray Dr Room 5018

Postmark: MAR 27 2006