UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Dr. Athman Bouguettaya, et. al.

V.

Michael Chertoff, Secretary DHS, et al

CASE NUMBER 1:06CV00482
JUDGE: Richard J. Leon

### Affidavit of Service

I, Heather M. Crump, mailed the summons and complaint personally to Paul Novak, Director, Vermont Service Center, United States Citizenship & Immigration Service, 75 Lower Welden Street, St. Albans, VT 05479-0001 by U.S. Postal Service Certified Mail on March 22, 2006. Vermont Service Center received the summons on March 24, 2006.

Dated: April 11, 2006

Heather M. Crump
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Blvd
Arlington, VA 22205
(703) 908-4800