UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Dr. Athman Bouguettaya, et. al.

V.

Michael Chertoff, Secretary DHS, et al

CASE NUMBER 1:06CV00482
JUDGE: Richard J. Leon

### Affidavit of Service

I, Heather M. Crump, mailed the summons and complaint personally to Phyllis A. Howard, District Director, Services, Washington District Office, U.S. Citizenship & Immigration Services, U.S. Department of Homeland Security, 2675 Prosperity Avenue, Fairfax, VA 22031 by U.S. Postal Service Certified Mail on March 22, 2006.

Dated: April 11, 2006

Heather M. Crump
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Blvd
Arlington, VA 22205
(703) 908-4800

---

**Domestic Return Receipt (PS Form 3811):**

Article Addressed to:
Phyllis A Howard Dist. Director, Services
Washington District Office
US. Citizenship & Imm. Services
US. Dept. of Homeland Security
2675 Prosperity Avenue
Fairfax, VA 22031

Service Type: ☒ Certified Mail

Article Number: 7003 1010 0001 9985 8826

**U.S. Postal Service Certified Mail Receipt (PS Form 3800):**

Postage: $1.83
Certified Fee: $2.40
Return Receipt Fee: $1.85
Restricted Delivery Fee: $0.00
Total Postage & Fees: $6.08

Sent To: Phyllis A Howard, Dist. Director, Ser
Street: Washington District Office - USCIS
US DHS Prosperity Avenue
City, State, ZIP+4: 2675 Prosperity Avenue
Fairfax, VA 22031

Postmark: MAR 22 2006