UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. Athman Bouguettaya, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civ. Act. No. 06-0482 (RJL) |
| Michael Chertoff, et al., | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Heather Graham-Oliver, Assistant U.S. Attorney, as counsel of record for the federal defendants in the above-captioned case.

Respectfully submitted,

/s/
_____
HEATHER GRAHAM-OLIVER
Assistant U.S. Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 305-1334

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May 2006, I caused the foregoing Praecipe to be served on Plaintiff's attorney, **Rajiv s. Khanna**, Esq. via Electronic Case Filing (ECF).

/s/
_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 305-1334