UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Dr. Athman Bouguettaya, et al.,** | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Civ. Act. No. 06-0482 (RJL) |
| **Michael Chertoff, et al.,** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Federal Defendants, Michael Chertoff, U.S. Department of Homeland Security, et al., by and through their attorney, respectfully move the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to answer, move, or otherwise plead to plaintiff's complaint, until, June 19, 2006. The answer is now due on Friday, May 19, 2006. This is the first request by Defendant for an extension. Counsel for Plaintiff consents to the filing of this motion.

Plaintiff has brought this action challenging alleged delays in processing the Plaintiffs' Employment-Based Adjustment of Status (AOS) Application pending before the United States Citizenship and Immigration Services (USCIS) and requesting mandamus, as well as declaratory and injunctive relief.

Additional time is required to investigate the allegations contained in the complaint and to determine the status of the application.

This motion is not for purposes of delay but for good cause shown.

        Respectfully submitted,

        /s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

        /s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

        /s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334