UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Dr. Athman Bouguettaya, et al.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Civ. Act. No. 06-0482 (RJL) |
| **Michael Chertoff, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## MOTION FOR AN ENLARGEMENT OF TIME
## TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

Federal Defendants, Michael Chertoff, U.S. Department of Homeland Security, et al., by and through their attorney, respectfully move the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to answer, move, or otherwise plead to plaintiff's complaint, until, Monday, September 18, 2006. The answer is now due on Monday, June 19, 2006. This is the second request by Defendant for an extension. Counsel for Plaintiff does not consent to the filing of this motion.

Plaintiff has brought this action challenging alleged delays in processing the Plaintiff's Employment-Based Adjustment of Status (AOS) Application pending before the United States Citizenship and Immigration Services (USCIS) and requesting mandamus, as well as declaratory and injunctive relief.

As detailed by the attached declaration of Ms. Susan Dibbins, the Assistant District Director of the Washington Field Office (WFO) of the United States Citizenship and

Immigration Services (USCIS), USCIS conducts several types of security checks to ensure that the alien is eligible for the immigration benefit and is not a risk to national security or public safety. See Declaration of Susan Dibbins at ¶ 6.  In addition to records checks against the Department of Homeland Security's (DHS's) own immigration systems, these background checks currently include (a) a Federal Bureau of Investigation (FBI) fingerprint check for relevant criminal history records on the alien (e.g., arrests and convictions); (b) a check against the DHS-managed Interagency Border Inspection System (IBIS), which contains records and "watch list" information from more than twenty federal law enforcement and intelligence agencies, and which includes, but is not limited to, information related to persons who are wanted or under investigation for serious crimes or suspected of terrorism-related activity; and (c) an FBI name check, which runs the alien's name against investigative databases of the FBI containing information that is not necessarily revealed by the FBI's fingerprint check or IBIS. Id.

The Plaintiff filed a Form I-485, Application to Register Permanent residence or Adjust Status, with USCIS's Vermont Service Center on December 17, 2001. Id., at 5.  The Washington District Office interviewed the Plaintiff on September 30, 2005. Id., at 7.  FBI fingerprint checks of the Plaintiff were initiated on May 26, 2005. Id., at 8.  IBIS checks were initiated on the Plaintiff several times since 2003. Id., at 9.  FBI name checks were initiated on the applicant on or around January 8, 2002 and on or around May 19, 2006. Id., at 10.  To date, resuts from all required background checks have not been received by USCIS.  Therefore, USCIS cannot yet fully review and adjudicate the Plaintiff's Application to Register Permanent Residence or Adjust Status. Id., at 11.

Because USCIS must receive all of the results of background checks from the various law

enforcement agencies outside of USCIS authority, there are, at times, considerable delays in processing times. Id., at 12. The USCIS is unable to complete its adjudication of the case until the results of the required background checks have been received and analyzed. Id. The rigorous background checks of Plaintiff and similarly-situated aliens have been necessary to achieve the public safety goals of USCIS. Id., at 13. Unfortunately, these procedures sometimes result in individuals not receiving an adjudication as quickly as in the past. Id., at 13. Public safety requires USCIS to make certain that the checks have been done before it adjudicates any application or petition. Id. Accordingly, Counsel seeks this time to allow the completion of the name check submitted on May 19, 2006 and to adjudicate Plaintiff's claim

This motion is not for purposes of delay but for good cause shown.

Respectfully submitted,

/s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334