## DECLARATION

I, Susan Dibbins, hereby declare:

(1) I am currently the Assistant District Director of the Washington Field Office of United States Citizenship and Immigration Services (USCIS). The Washington Field Office is located in Fairfax, Virginia.

(2) I have been employed by USCIS or its successor agency, the Immigration and Naturalization Service, since 1992.

3) I write this declaration in support of the United States Government.

(4) In my capacity as Assistant District Director, and based on reasonable inquiry and my knowledge of the information contained within the USCIS administrative file for Athman Bouguettaya (A70 469 015) (applicant) I declare the following:

(5) Athman Bouguettaya filed a Form I-485, Application to Register Permanent Residence or Adjust Status, with USCIS's Vermont Service Center on December 17, 2001.

(6) When an alien applies to become a lawful permanent resident, USCIS conducts several types of security checks to ensure that the alien is eligible for the immigration benefit and is not a risk to national security or public safety. In addition to records checks against the Department of Homeland Security's (DHS's) own immigration systems, these background checks currently include (a) a Federal Bureau of Investigation (FBI) fingerprint check for relevant criminal history records on the alien (e.g., arrests and convictions); (b) a check against the DHS-managed Interagency Border Inspection System (IBIS), which contains records and "watch list" information from more than twenty federal law enforcement and intelligence agencies, and which includes, but is not limited to, information related to persons who are wanted or under

investigation for serious crimes or suspected of terrorism-related activity; and (c) an FBI name check, which runs the alien's name against investigative databases of the FBI containing information that is not necessarily revealed by the FBI's fingerprint check or IBIS.

(7) The Washington District Office interviewed the applicant on September 30, 2005.

(8) FBI fingerprint checks of the applicant were initiated on May 26, 2005.

(9) IBIS checks were initiated on the applicant several times since 2003.

(10) FBI name checks were initiated on the applicant on or around January 8, 2002, and on or around May 19, 2006.

(11) To date, however, results from all required background checks have not been received by USCIS. Therefore, USCIS cannot yet fully review and adjudicate the Application to Register Permanent Residence or Adjust Status submitted by Mr. Bouguettaya.

(12) The information obtained from such background checks and the passage of time allotted to receive the information from other law enforcement agencies are not within the control of USCIS, which initiates the checks but is unable to complete its adjudication of the case until the results of the required background checks have been received and analyzed.

(13) Since the terrorist attacks of September 11, 2001, the need to conduct more rigorous and thorough background checks on aliens who are seeking immigration status in the United States has required procedures that sometimes result in individuals not receiving their documents and benefits as quickly as in the past. Public safety requires USCIS to make certain that the checks have been done before it adjudicates any application or petition.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on the 19 day of: June

*[signature]*

Susan Dibbins
Department of Homeland Security
U.S. Citizenship and Immigration Services
Fairfax, Virginia
Telephone: (703)285-6029