## Affidavit of Samuel G. McTyre

I, Samuel G. McTyre, do hereby solemnly affirm and state as under:

1.    I am a citizen of United States of America.

2.    I have been a member of D.C. Bar since 1983.

3.    I have been practicing U.S. Immigration and Nationality Laws since 1983.

4.    My office is located at 1110 N. Glebe Road, Suite 200, Arlington, VA 22203.

5.    To my knowledge and from my experience, it has been the policy and practice of the United States Citizenship & Immigration Service and of the Immigration and Naturalization Service before it, to issue Employment Authorization and Advance Parole documents pending "security checks" during the I-485 adjustment of status process.

6.    To my knowledge and from my experience, it has also been the policy and practice of the United States Citizenship & Immigration Service and of the Immigration and Naturalization Service before it, to routinely grant Advance Parole to the applicants during the I-485 adjustment of status process regardless of absence or presence of any emergent necessity or reason.

7.    These policies were developed by the immigration authorities to accommodate applicants who, through no fault of their own, were experiencing delays in the processing of their applications.

I hereby declare the foregoing under penalty of perjury pursuant to the laws of the United States of America (28 U.S.C. § 1746) and affirm that the foregoing is true and correct.

Executed on July 12, 2006 at Arlington, VA.

Samuel G. McTyre