## TO WHOM IT MAY CONCERN

**I, Dr. Athman Bouguettaya, do hereby solemnly affirm and state as under:**

1. I am a citizen of Australia.
2. I am employed as a Professor of Computer Science at the Northern Virginia campus of Virginia Tech located at 7054 Haycock Road, Falls Church, Virginia 22043.
3. Since I will be teaching in fall 2006 semester at the Blacksburg campus of Virginia Tech, I will be moving to Blacksburg to join the Computer Science department there.
4. I intend moving to Blacksburg on or before July 24, 2006.
5. My current Employment Authorization Document expires on September 30, 2006.
6. The application for Employment Authorization Document (having Receipt Number: MSC-05-800-96467) filed on September 16, 2005 is still pending with the USCIS.
7. In order for me to be employed with Virginia Tech after September 30, 2006, I need an Employment Authorization Document valid after September 30, 2006. Without the Employment Authorization Document I may not be able to teach in fall 2006 and may permanently lose my job at Virginia Tech.
8. In the absence of any work authorization, I would no longer be able to advise my five PhD students on their thesis thereby potentially jeopardizing their career. I am the only faculty member in the department of Computer Science at Virginia Tech who has the expertise to advise them in their field of study
9. Furthermore, I would not be able to work on a currently federally funded project by National Institutes of Health (NIH) and its follow-up pending project, which aim at building a cyber infrastructure to provide customized services to improve senior citizens health and well-being.
10. Additionally, I would not be able to work on a just funded major project by the National Science Foundation (NSF) due to start in the next few weeks. This project aims at laying the foundation for programmable services to be automatically and safely combined on the Web. This project has far reaching applications that range from helping efficiently and automatically discovering new drugs, and enabling e-commerce and e-government.
11. In addition, I would not be able to work on a soon to be submitted project to use Information Technology to predict, detect and design treatment to colorectal cancer, which I am working on, in collaboration with my colleagues from Purdue and Indiana University and a consortium of other doctors in Indiana.
12. The application for Advance Parole (having Receipt Number: MSC-06-800-84498) filed by me on February 1, 2006 is still pending with the USCIS.
13. I need the Advance Parole document so that I can travel to Algeria and see my 80 years old ailing mother who is a heart patient.

Dated: July 19, 2006

_____
Athman Bouguettaya

I hereby declare under penalty of perjury pursuant to the laws of the United States of America (28 USC §1746) that the foregoing is true and correct.

Executed on **July 19, 2006** at **Falls Church, VA**.

_____
Athman Bouguettaya