**IN THE UNITED STATES DISTIRCT COURT**
**FOR THE DISTIRCT OF COLUMBIA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Plaintiff's Motion to Compel ) | CASE NUMBER 1:06CV00482 |
| ) | JUDGE: Richard J. Leon |
| ) | |
| ) | |
| Dr. Athman Bougeuttaya, et. al., ) | |
| ) | |
| Plaintiff. ) | |
| ) | |
| v. ) | |
| ) | |
| Michael Chertoff, Secretary DHS, et. al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION TO EXPEDITE PLAINTIFFS' MOTION TO COMPEL ADJUDICATION OF PLAINTIFF DR. BOUGUETTAYA'S APPLICATION FOR EMPLOYMENT AUTHORIZATION AND ADVANCE PAROLE PENDING WITH THE USCIS**

Plaintiff Dr. Bouguettaya, by and through his attorney, respectfully request that the Court enter an order expediting Defendants' response to the Plaintiffs' motion to compel the adjudication of Plaintiff Dr. Bouguettaya's interim application for Employment Authorization Document (EAD) and Advance Parole (AP) document that is filed contemporaneously herewith. In support of the relief requested herein, Plaintiffs state as follows:

1. Since December 17, 2001, Plaintiff Dr. Bouguettaya has been constrained to apply for and obtain Employment Authorization five times. Application dates have been

December 17, 2001, October 22, 2002, September 8, 2003, October 20, 2004 and on September 16, 2005.  The application for EAD (having Receipt Number: MSC-05-800-96467) filed by Plaintiff Dr. Bouguettaya on September 16, 2005 is still pending with the USCIS.  Defendant Vermont Service Center of USCIS is currently adjudicating EAD applications received by its office on or before April 16, 2006.

2.     Since December 17, 2001, Plaintiff Dr. Bouguettaya has been constrained to request and obtain AP five times, on December 17, 2001, October 22, 2002, November 13, 2003, November 23, 2004, and February 1, 2006.  The application for AP (having Receipt Number: MSC-06-800-84498) filed by Plaintiff Dr. Bouguettaya on February 1, 2006 is still pending with the USCIS.  Defendant Vermont Service Center is currently adjudicating AP applications received by its office on or before May 14, 2006.

3.     The need for such expedition is clear.  Plaintiff Dr. Bouguettaya requires the EAD in order to continue to be employed by Virginia Polytechnic Institute & State University (Virginia Tech) after September 30, 2006.  Without the EAD, Plaintiff will not be able to teach in fall 2006 and may permanently lose his job at Virginia Tech.  In the absence of any work authorization, Plaintiff Dr. Bouguettaya would no longer be able to advise his five PhD students on their thesis, thereby potentially jeopardizing their career.  Plaintiff Dr. Bouguettaya would not be able to work on a federally funded project by the National Institute of Health, and its follow-up pending project, which aims at building a cyber infrastructure to provide customized services to improve senior citizens health and well being.  Without work authorization, Plaintiff Dr. Bouguettaya would not be able to work on a major project funded by the National Science Foundation, which has far reaching applications that range from helping efficiently and automatically discovering new drugs,

and enabling e-commerce and e-government. In addition, Plaintiff Dr. Bouguettaya would also not be able to work on a soon to be submitted project to use Information Technology to predict, detect and design treatment to colorectal cancer, which he is working on in collaboration with his colleagues from Purdue and Indiana University and a consortium of other doctors in Indiana.

4. Plaintiff Dr. Bouguettaya requires the AP in order to travel to Algeria in the near future. Plaintiff Dr. Bouguettaya wishes to visit Algeria to see and be with his 78-year-old ailing mother who is suffering from many serious heart ailments.

5. Section 202 of the Immigration Services and Infrastructure Improvements Act of 2000, 8 U.S.C. § 1571 (2006), clearly lays downs the parameters of reasonableness in the adjudication of immigration benefit applications, stating: "It is the sense of Congress that the processing of an immigration benefit application should be completed *not later than 180 days* after the initial filing of the application." 8 U.S.C. § 1571 (2006) (emphasis added). Plaintiff Dr. Bouguettaya's EAD and AP applications have both been pending for more than 180 days. The Court should expedite this matter in order to avoid any further delay in the adjudication of the applications.

6. No prejudice shall be caused by expediting this proceeding. Given the urgency of the matter as explained above in paragraphs 3 and 4, expedition is appropriate in this case.

7. There are no complicated issues of fact or law involved in the instant matter.

8. In light of the reasons stated above, Plaintiffs respectfully request that the Court order Defendants to respond to the Plaintiffs motion within five days. If Plaintiffs' motion to compel is granted, Plaintiffs respectfully request that the Court order

Defendants to adjudicate the EAD and AP applications filed by Plaintiff Dr. Bouguettaya within one week of the date of the order.

Dated:  August 3, 2006

                                                Respectfully submitted,

                                                _____
                                                RAJIV S. KHANNA,
                                                Attorney for Plaintiffs
                                                D.C. Bar No. 419023

                                                Law Offices of Rajiv S. Khanna, P.C.
                                                5225 N. Wilson Boulevard
                                                Arlington, Virginia 22205
                                                Phone: 703-908-4800, Extension 110
                                                Facsimile: 703-908-4890
                                                e-mail: rskhanna@immigration.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Dr. Athman Bouguettaya, et. al.,

      Plaintiffs.

                                      **CASE NUMBER 1:06CV00482**
                                      **JUDGE: Richard J. Leon**

v.

Michael Chertoff, Secretary DHS, et. al.,

      Defendants.

### ORDER

Upon consideration of Plaintiffs' Motion to Expedite Plaintiffs' Motion to Compel Adjudication of Plaintiff Dr. Bouguettaya's Application for Employment Authorization and all materials before this court;

IT IS ORDERED that Plaintiffs' Motion to Expedite is hereby GRANTED.

Defendants' are ordered to respond to the Plaintiffs' motion within five days.

Dated:_____, 2006

                                                                RICHARD J. LEON
                                              United States District Court Judge

CC:
Rajiv S. Khanna
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Boulevard
Arlington, Virginia 22205

Kenneth L. Wainstein
United States Attorney

Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530

Rudolph Contreras
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530

Heather D. Graham-Oliver
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530

**STATEMENT IN LIEU OF CERTIFICATE OF SERVICE**

Pursuant to LCivR 5.4(d), a certificate of service is not required in this matter because the attached filing was made electronically and to the best of my knowledge, information and belief, all Defendants are notified through the Electronic Case Filing System.

Dated: 3 August 2006

                                            Respectfully submitted,

                                            _____
                                            RAJIV S. KHANNA,
                                            Attorney for Plaintiffs
                                            D.C. Bar No. 419023

                                            Law Offices of Rajiv S. Khanna, P.C.
                                            5225 N. Wilson Boulevard
                                            Arlington, Virginia 22205
                                            Phone: 703-908-4800, Extension 110
                                            Facsimile: 703-908-4890
                                            e-mail: rskhanna@immigration.com