# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. Athman Bouguettaya, et al., | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) **Civ. Act. No. 06-0482 (RJL)** |
| Michael Chertoff, et al., | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

## CONSENT MOTION FOR EXTENSION OF TIME
## TO REPLY TO MOTION TO COMPEL

Defendant, United States Citizenship and Immigration Service ("CIS"), by and through undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to enlarge the time, until Tuesday, August 22, 2006, to respond to Plaintiff's motion for an interim order compelling the adjudication of plaintiff's application for employment authorization (EAD) and advance parole (AP). The response would otherwise be due on August 17, 2006. Counsel for Plaintiff does not oppose this request for additional time to reply to the motion to compel. The grounds for this request are set forth below.

Plaintiff seeks inter alia a writ of mandamus compelling Defendant to act upon his Adjustment of Status Application ("AOS Application").[1] See generally Complaint. The defendant has committed to adjudicating the AOS Application on or before September 30, 2006.

---

[1] The Plaintiff filed a Form I-485, Application to Register Permanent Residence or Adjust Status, otherwise known as an AOS Application. EAD and AP applications are submitted for permission to work and/or travel outside of the United States pending the adjudication of the AOS application. A decision on the AOS application nullifies a need to adjudicate either the EAD or AP applications.

In spite of this, plaintiff will not withdraw his motion to compel.  Accordingly, defendant CIS is requesting additional time until August 22, 2006, to respond to the motion to compel.

This extension is sought in good faith and will not unfairly prejudice any party.


Respectfully submitted,


/s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____    /s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334

2