UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Dr. Athman Bouguettaya, et al.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Civ. Act. No. 06-0482 (RJL) |
| **Michael Chertoff, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**CONSENT MOTION FOR EXTENSION OF TIME
TO REPLY TO MOTION TO COMPEL**

    Defendant, United States Citizenship and Immigration Service ("CIS"), by and through undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to enlarge the time for one day, until Wednesday, August 23, 2006, to respond to Plaintiff's motion for an interim order compelling the adjudication of plaintiff's application for employment authorization (EAD) and advance parole (AP). The response would otherwise be due on today's date August 22, 2006. Counsel for Plaintiff does not oppose this request for additional time to reply to the motion to compel. The grounds for this request are set forth below.

    Although defendant has a draft of the opposition, additional time is necessary to allow the agency review process to be completed prior to filing.

This extension is sought in good faith and will not unfairly prejudice any party.

Respectfully submitted,

/s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334