IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. Athman Bouguettaya *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. Act. No. 06-0482 (RJL) |
| ) | |
| Michael Chertoff, Secretary, Department of ) | |
| Homeland Security *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF SUSAN DIBBINS

I, Susan Dibbins, hereby declare:

I am the Assistant District Director of the Fairfax, VA office for United States Citizenship and Immigration Services (USCIS) in the Department of Homeland Security (DHS). I oversee the adjudication of applications for benefits including applications for naturalization and adjustment of status. I have held the position of Assistant District Director since September 2004. In this capacity, and based upon reasonable inquiry and my knowledge, information and belief, I state the following:

1) On December 17, 2001, Mohamed I. Bouguettaya, Alien No. 70 469 015, filed an adjustment of status application, Form I-485, with USCIS. USCIS is currently adjudicating the adjustment of status application.

2) USCIS will adjudicate Mr. Bouguettaya's pending adjustment of status application by September 30, 2006.

3) USCIS continues its efforts to promptly adjudicate the adjustment of status application. On August 22, 2006, USCIS issued an interview notice, which was sent by regular mail to the last known address of Mr. Bouguettaya, with a copy sent by mail and facsimile to the attorney of record. The notice instructs Mr. Bouguettaya to appear at the Washington District Office in Fairfax, Virginia, for a second interview on the adjustment of status application at 10:00 AM on August 25, 2006. A copy of the interview notice is attached hereto as Exhibit A.

4) If the adjustment of status application is approved, Mr. Bouguettaya will be employment authorized incident to his status as lawful permanent resident and will receive a Form I-551, Permanent Resident Card, reflecting this status.

5) As an adjustment of status applicant, Mr. Bouguettaya is entitled to apply for advance parole and employment authorization, which are two immigration benefits that are adjudicated by USCIS in its discretion.

6) On February 1, 2006, Mr. Bouguettaya filed his most recent application for advance parole, Form I-131, with USCIS.

7) On August 22, 2006, USCIS completed adjudication of the advance parole application submitted by Mr. Bouguettaya on February 1, 2006. The National Benefits Center, the office at which Mr. Bouguettaya filed the application, will issue an advance parole document, Form I-512 by regular mail to the last known address of Mr. Bouguettaya, with a copy sent by mail to the attorney of record. A copy of the approved I-131 application is attached hereto as Exhibit B.

8) On September 16, 2005, Mr. Bouguettaya filed his most recent application for employment authorization, Form I-765, with USCIS.

9) The employment authorization application submitted by Mr. Bouguettaya on September 16, 2005, was not adjudicated within 90 days following the date of receipt of the application. However, USCIS issued Mr. Bouguettaya an interim employment authorization document, Form I-688, in compliance with 8 Code of Federal Regulations 274a.13(d).

10) In a submission to this Court filed on August 3, 2006, Mr. Bouguettaya declared on July 19, 2006, that he is currently employment authorized until September 30, 2006.

11) On August 22, 2006, USCIS completed adjudication of the application for employment authorization submitted by Mr. Bouguettaya on September 16, 2005, and issued a written denial of the application, Form I-765, which was sent by regular mail to the last known address of Mr. Bouguettaya, with a copy sent by mail to the attorney of record. A copy is attached hereto as Exhibit C.

12) USCIS will complete adjudication of the adjustment of status application, Form I-485, on or before September 30, 2006. Mr. Bouguettaya has declared this is the date his current interim employment authorization document will expire. Therefore, on or before that date, USCIS will determine whether Mr. Bouguettaya will be employment authorized pursuant to a grant of lawful permanent residence.

Executed on the 22nd day of August, 2006 at Fairfax, VA

*[signature]*
Susan Dibbins
Assistant District Director
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security



U.S. Department of Homeland Security
2675 Prosperity Avenue
Fairfax, VA 22203

**U.S. Citizenship and Immigration Services**

August 22, 2006

Mr. Athman Bouguettaya
210 E. Fairfax Street #224
Falls Church, VA 22046

A70 469 015

Dear Mr. Bouguettaya:

You have been scheduled for an interview regarding your application for permanent residence (Form I-485). Please appear at the address above on Friday, August 25, 2006 at 10:00 a.m. for your appointment. Please bring with you the following:

- This letter;
- Passport (current and expired) and/or any other documents you used in connection with any entries into the United States, including your I-94 card, if any;
- Original Birth Certificate;
- Original Marriage Certificate;
- Any employment authorization documentation that has been issued to you;
- Tax Returns for the last year; and
- Employment evidence (W-2 forms; offer of employment, etc.)

You must bring the original and one clear copy of all documents listed above. If any documents listed above were submitted along with your application, the originals of those documents should be brought with you to the interview.

Sincerely,

Phyllis A. Howard
District Director

OMB No. 1615-0013; Exp. 6/30/04

Department of Homeland Security
U.S. Citizenship and Immigration Services

# I-131, Application for Travel Document

**DO NOT WRITE IN THIS BLOCK** | **FOR CIS USE ONLY** (except G-28 block below)

Document Issued
- [ ] Reentry Permit
- [ ] Refugee Travel Document
- [ ] Single Advance Parole
- [x] Multiple Advance Parole
  Valid to: 8/21/07

If Reentry Permit or Refugee Travel Document, mail to:
- [ ] Address in Part 1
- [ ] American embassy/consulate at: _____
- [ ] Overseas DHS office at: _____

Action Block:
U.S. Department of Homeland Security
**APPROVED**
AUG 22 2006
C. Clark
606805
U.S. Citizenship and Immigration Services

Receipt: *MSC0680084498*

- [ ] Document Hand Delivered
  On _____ By _____

To be completed by Attorney/Representative, if any.
Attorney State License # _____
- [ ] Check box if G-28 is attached.

## Part 1. Information about you. (Please type or print in black ink.)

1. A # : A70469015
2. Date of Birth (mm/dd/yyyy): 06/23/1961
3. Class of Admission:
4. Gender: Male [x] Female [ ]
5. Name (Family name in captial letters): Bouguettaya  (First): Athman  (Middle):
6. Address (Number and Street): 210 E. Fairfax Street    Apt. # 224
   City: Falls Church   State or Province: VA   Zip/Postal Code: 22046   Country:
7. Country of Birth: ALGER
8. Country of Citizenship: RALIA
9. Social Security # (if any): 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

## Part 2. Application type (check one).

a. [ ] I am a permanent resident or conditional resident of the United States and I am applying for a reentry permit.

b. [ ] I now hold U.S. refugee or asylee status and I am applying for a refugee travel document.

c. [ ] I am a permanent resident as a direct result of refugee or asylee status and I am applying for a refugee travel document.

d. [x] I am applying for an advance parole document to allow me to return to the United States after temporary foreign travel.

e. [ ] I am outside the United States and I am applying for an advance parole document.

f. [ ] I am applying for an advance parole document for a person who is outside the United States. *If you checked box "f", provide the following information about that person:*

1. Name (Family name in captial letters): _____ (First): _____ (Middle): _____
2. Date of Birth (mm/dd/yyyy): _____
3. Country of Birth: _____
4. Country of Citizenship: _____
5. Address (Number and Street): _____   Apt. #: _____   Daytime Telephone # (area/country code): _____
   City: _____   State or Province: _____   Zip/Postal Code: _____   Country: _____

INITIAL RECEIPT _____ RESUBMITTED _____ RELOCATED: Rec'd _____ Sent _____ COMPLETED: Appv'd _____ Denied _____ Ret'd _____

Form I-131 (Rev. 09/19/03) N *Prior versions may be used until 12/31/03*

**U.S. Department of Homeland Security**
**Bureau of Citizenship and Immigration Services**

OMB No. 1115-0163; Expires 04/30/05
**Application for Employment Authorization**

**Do Not Write In This Block**

Remarks: A# A70 469 015

**DENIED**
U.S. Citizenship and Immigration Services
AUG 22 2006
C Clark
006805

Fee Stamp: MSC0580096667

Applicant is filing under §274a.12 _____

☐ Application Approved. Employment Authorized / Extended (Circle One) until _____ (Date).
                                                                    _____ (Date).

Subject to the following conditions: _____

☒ Application Denied.
  ☐ Failed to establish eligibility under 8 CFR 274a.12 (a) or (c).
  ☐ Failed to establish economic necessity as required in 8 CFR 274a.12(c)(14), (18) and 8 CFR 214.2(f).

I am applying for:
☐ Permission to accept employment.
☐ Replacement (of lost employment authorization document).
☒ Renewal of my permission to accept employment (attach previous employment authorization document).

1. Name (Family Name in CAPS) (First) (Middle)
   Bouguettaya    Athman

2. Other Names Used (Include Maiden Name)

3. Address in the United States (Number and Street) (Apt. Number)
   210 E. Fairfax Street    224
   (Town or City)    (State/Country)    (ZIP Code)
   Falls Church     VA               22046

4. Country of Citizenship/Nationality
   AUSTRALIA

5. Place of Birth (Town or City) (State/Province) (Country)
   Annaba    Annaba    ALGERIA

6. Date of Birth    7. Sex
   06/23/1961      ☒ Male  ☐ Female

8. Marital Status  ☒ Married  ☐ Single
                   ☐ Widowed  ☐ Divorced

9. Social Security Number (Include all Numbers you have ever used) (if any)
   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

10. Alien Registration Number (A-Number) or I-94 Number (if any)
    A070469015

11. Have you ever before applied for employment authorization from BCIS?
    ☒ Yes (If yes, complete below)  ☐ No
    Which CIS Office?    Date(s)
    WASHINGTON DISTRICT OFFICE
    Results (Granted or Denied - attach all documentation)
    Granted

12. Date of Last Entry into the U.S. (Month/Day/Year)

13. Place of Last Entry into the U.S.

14. Manner of Last Entry (Visitor, Student, etc.)

15. Current Immigration Status (Visitor, Student, etc.)

16. Go to Part 2 of the Instructions, Eligibility Categories. In the space below, place the letter and number of the category you selected from the instructions (For example, (a)(8), (c)(17)(iii), etc.).
    Eligibility under 8 CFR 274a.12
    ( c ) ( 09 ) ( )

**Certification**

Your Certification: I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information which the Bureau of Citizenship and Immigration Services needs to determine eligibility for the benefit I am seeking. I have read the instructions in Part 2 and have identified the appropriate eligibility category in Block 16.

Signature: Certified and Filed By Internet
Telephone Number: (703) 237-5995
Date: 09/16/2005

Signature of Person Preparing Form, If Other Than Above: I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

Print Name    Address    Signature    Date
                                      09/16/2005

| Initial Receipt | Resubmitted | Relocated | | Completed | | |
|---|---|---|---|---|---|---|
| | | Rec'd | Sent | Approved | Denied | Returned |
| | | | | | | |

Form I-765 (Rev. 5/09/02)Y



U.S. Department of Homeland Security
2675 Prosperity Avenue
Fairfax, VA 22031

**U.S. Citizenship and Immigration Services**

August 22, 2006

Mr. Athman Bouguettaya
210 E. Fairfax Street #224
Falls Church, VA 22046

Dear Mr. Bouguettaya,

You filed an employment authorization application, Form I-765, with USCIS on September 16, 2005 based on the fact that you have a pending adjustment application. *See* 8 CFR 274a.2(c)(9). USCIS did not adjudicate this application within 90 days following the date of its receipt, but in compliance with 8 CFR 274a.13(d), USCIS issued you an interim employment authorization document not to exceed 240 days. You confirmed this information when you declared on July 19, 2006, that you have received this interim employment authorization and currently are employment authorized until September 30, 2006.

As a matter of discretion, USCIS is denying your request for employment authorization under 8 CFR 274a.2(c)(9) beyond your current period of interim employment authorization. 8 CFR 274a.2(c)(9) permits USCIS to grant employment authorization to an alien with a pending application for adjustment. Today, USCIS has filed a declaration with the U.S. District Court for the District of Columbia committing the agency to complete adjudication of your underlying pending adjustment of status application, Form I-485, on or before September 30, 2006. You have stated this is the date your current interim employment authorization based on the pending Form I-485 will expire. Therefore, additional employment authorization based upon your pending adjustment application is not required.

If your application for adjustment is approved, you will be deemed a lawful permanent resident and issued a Form I-551, Permanent Resident Card, and employment authorized incident to your status as a lawful permanent resident.

Pursuant to 8 CFR 274a.13(c), there is no appeal from the denial of this application.

Sincerely,

Phyllis A. Howard
District Director