UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Dr. Athman Bouguettaya, et al.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Civ. Act. No. 06-0482 (RJL) |
| **Michael Chertoff, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**DEFENDANT'S MOTION FOR STAY OF PROCEEDINGS**

The defendant hereby move for a stay of proceedings in the aforementioned matter until October 6, 2006, pending a decision on the Plaintiff's Adjustment of Status (AOS) application on September 30, 2006. Plaintiff seeks inter alia a writ of mandamus compelling Defendants to act upon his Adjustment of Status Application ("AOS or Application"). See generally Complaint. Completion of the adjudication of Plaintiff's Application without Court intervention is likely on or before September 30, 2006. The adjudication would render the Complaint moot. Consequently, the defendant is requesting a stay of proceedings until October 6, 2006. An additional interview has already taken place and another is scheduled for September 22, 2006. It is only for the AOS adjudication to be rendered and once rendered the case is moot. Although plaintiff will not consent to this motion to stay, it is a reasonable request given the representation of the defendant to adjudicate the AOS application on a date certain.

Plaintiff filed a motion for an interim order to compel adjudication of plaintiff's application for employment authorization (EAD) and advance parole (AP). Defendant CIS responded to the motion to compel adjudication on August 23, 2006. On August 22, 2006,

defendant issued an advance parole to the Plaintiff. As stated previously defendant will adjudicate the AOS on or before September 30, 2006.

WHEREFORE, based on the foregoing, the defendant respectfully requests that the matter be stayed until October 6, 2006.

Respectfully submitted,

/s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334