IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. Athman Bouguettaya *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. Act. No. 06-0482 (RJL) |
| ) | |
| Michael Chertoff, Secretary, Department of ) | |
| Homeland Security *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF SUSAN DIBBINS

I, Susan Dibbins, hereby declare:

I am the Assistant District Director of the Fairfax, Virginia office for United States Citizenship and Immigration Services (USCIS) in the Department of Homeland Security (DHS). I oversee the adjudication of applications for benefits including applications for naturalization and adjustment of status. I have held the position of Assistant District Director since September 2004. In this capacity, and based upon reasonable inquiry and my knowledge, information and belief, I state the following:

1) On December 17, 2001, Athman Bouguettaya, Alien No. 70 469 015, filed an adjustment of status application, Form I-485, with USCIS.

2) As an adjustment of status applicant, Mr. Bouguettaya was entitled to apply for advance parole and employment authorization, which are two immigration benefits that are adjudicated by USCIS in its discretion.

3) On February 1, 2006, Mr. Bouguettaya filed his most recent application for advance parole, Form I-131, with USCIS.

4) On August 22, 2006, USCIS completed adjudication of the advance parole application submitted by Mr. Bouguettaya on February 1, 2006, and issued an advance parole document, Form I-512, which was sent by regular mail to the last known address of Mr. Bouguettaya, with a copy sent by mail to the attorney of record.

5) On September 16, 2005, Mr. Bouguettaya filed his most recent application for employment authorization, Form I-765, with USCIS.

6) The employment authorization application submitted by Mr. Bouguettaya on September 16, 2005, was not adjudicated within 90 days following the date of receipt of the application. However, USCIS issued Mr. Bouguettaya an interim employment authorization document, in compliance with 8 Code of Federal Regulations 274a.13(d).

7) In a submission to this Court filed on August 3, 2006, Mr. Bouguettaya declared on July 19, 2006, that he was at that time currently employment authorized until September 30, 2006.

8) On August 22, 2006, USCIS completed adjudication of the application for employment authorization submitted by Mr. Bouguettaya on September 16, 2005, and issued a written denial of the application, Form I-765, which was sent by regular mail to the last known address of Mr. Bouguettaya, with a copy sent by mail to the attorney of record.

9) On September 29, 2006, USCIS completed adjudication of the adjustment of status application, Form I-485, submitted by Mr. Bouguettaya on December 17, 2001, and issued a written denial of the application, Form I-485, which was sent by regular mail to the last known address of Mr. Bouguettaya, with a copy faxed to the attorney of record.

Executed on the 6th day of October, 2006, at Fairfax, Virginia

Susan Dibbins
Assistant District Director
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security