UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. Athman Bouguettaya, et. al., )<br>)<br>…Plaintiffs )<br>)<br>v. )<br>)<br>Michael Chertoff, et al., )<br>)<br>…Defendants )<br>)<br>_____) | Civil Action No.: 1:06CV00482 (RJL) |

### RESPONSE TO DEFENDANTS MOTION TO DISMISS FOR MOOTNESS

Plaintiffs hereby respond to the Defendant's Motion to Dismiss Plaintiffs Complaint for Mootness (Motion). Plaintiffs have brought this action challenging unreasonable delays in processing the Plaintiff Dr. Bouguettaya's Employment-Based Adjustment of Status (AOS) application pending before the Vermont Service Center of the United States Citizenship & Immigration Services (USCIS) and requesting mandamus, as well as declaratory and injunctive relief (Complaint).

#### Summary Submission

Plaintiff Dr. Bouguettaya's denial of the AOS application is prima facie erroneous. During the second interview on August 25, 2006, the Plaintiff Dr. Bouguettaya stated under oath that he was never a member Islamic Salvation Front (FIS) at any point of time. The Plaintiff Dr. Bouguettaya further stated at the time of the interview on August 25, 2006 that FIS was a genuine political party, which took part in the National Assembly Elections in Algeria in 1991.

Plaintiff Dr. Bouguettaya has applied for a reconsideration of said denial. In the interest of justice, pending the outcome of the requested reconsideration, adjudication of defendants' motion should be postponed.

**Detailed Submissions**

Plaintiff Dr. Bouguettaya's AOS application was pending as of the date of this Complaint before the Vermont Service Center and the Washington District Office of the USCIS since December 17, 2001.

On September 29, 2006, Defendant USCIS denied Plaintiff Dr. Bouguettaya's AOS application and also revoked the work authorization granted to the Plaintiff Dr. Bouguettaya.

The sole ground for the denial of the AOS application was that answers of the Plaintiff Dr. Bouguettaya during the interview conducted on August 25, 2006 by Defendant USCIS were not forthright.

On October 10, 2006, the Plaintiff Dr. Bouguettaya filed a Motion to Reopen and Reconsider with the Defendant USCIS against the denial dated September 29, 2006. In the Motion to Reopen and Reconsider, the Plaintiff Dr. Bouguettaya stated that on August 25, 2006, the Plaintiff Dr. Bouguettaya while responding to the question raised by the adjudicating officer about FIS stated under oath that he was never a member of FIS, nor he ever assisted or helped them in any manner. The Plaintiff Dr. Bouguettaya further informed the adjudicating officer that FIS was a genuine political party, which took part in the General Assembly Elections in Algeria in 1991. In addition, the Plaintiff Dr. Bouguettaya also informed the adjudicating officer that FIS was nowhere mentioned in

the list of Foreign Terrorist Organizations issued by the United States Department of State.

Furthermore, Defendant USCIS at the time of the interview on August 25, 2006 based their line of questioning on articles authored by David Joel Horowitz and Joe Kaufman of FrontPageMag.Com.  It seems that Defendant USCIS also considered these articles while deciding on Plaintiff Dr. Bouguettaya's AOS.  Defendant USCIS's denial, therefore, is misplaced and erroneous since the authors themselves have been negatively commented upon on several occasions.

The denial dated September 29, 2006 of the Defendant USCIS erred in not stating the specific grounds on which the denial is based.  The denial simply states: *"On the whole we did not find your answers forthright, and we do not find you credible. USCIS is unable to find that approving your application would be consistent with national security. Therefore USCIS will not exercise its discretion favorably on your application."*

The Plaintiff Dr. Bouguettaya at the time of the interview gave information to the best of his knowledge and recollection.  During the interview the adjudicating officer asked questions related to Plaintiff Dr. Bouguettaya's life, which were around 15 to 25 years old.  It was a bit challenging for the Plaintiff Dr. Bouguettaya to remember minute details of things or events that took place any where from 15 to 25 years ago.

 A copy of the Motion to Reopen and Reconsider dated October 10, 2006 filed with the Defendant USCIS is attached herewith as **Exhibit – A**, which may be read as a part of this submission.

The Defendant USCIS never reached the merits of the AOS and denied the AOS without reaching the merits of the AOS application.

Accordingly, Plaintiffs respectfully submit that Defendants' motion be held in abeyance until a decision has been rendered on the Motion to Reopen and Reconsider filed by the Plaintiff Dr. Bouguettaya on October 10, 2006 with the Defendant USCIS.

Dated: 13 October 2006

Respectfully submitted,

_____
RAJIV S. KHANNA,
Attorney for Plaintiffs
D.C. Bar No. 419023

Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Boulevard
Arlington, Virginia 22205
Phone: 703-908-4800, Extension 110
Facsimile: 703-908-4890
e-mail: rskhanna@immigration.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Dr. Athman Bouguettaya, et. al.,** ) | |
| ) | |
| …**Plaintiffs** ) | |
| ) | |
| v. ) | Civil Action No.: 1:06CV00482 (RJL) |
| ) | |
| **Michael Chertoff, et al.,** ) | |
| ) | |
| …**Defendants** ) | |
| ) | |
| _____) | |

## **ORDER**

Upon consideration of Defendants' Motion to Dismiss for Mootness and Plaintiffs Response to it filed before this court;

IT IS ORDERED that Plaintiffs request is hereby GRANTED. The instant matter is held in abeyance until a decision has been rendered on the Motion to Reopen and Reconsider filed by the Plaintiffs on October 10, 2006 with the Defendant USCIS.

Dated: _____ 2006

_____
Richard J. Leon
United States District Court Judge

cc to:
Rajiv S. Khanna
Attorney for Plaintiffs
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Boulevard
Arlington, Virginia 22205

Kenneth L. Wainstein

United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530

Rudolph Contreras
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530

Heather D. Graham-Oliver
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530

### STATEMENT IN LIEU OF CERTIFICATE OF SERVICE

Pursuant to LCivR 5.4(d), a certificate of service is not required in this matter because the attached filing was made electronically and to the best of my knowledge, information and belief, all Defendants are notified through the Electronic Case Filing System.

Dated: 13 October 2006

                                              Respectfully submitted,

                                              _____
                                              RAJIV S. KHANNA,
                                              Attorney for Plaintiffs
                                              D.C. Bar No. 419023

                                              Law Offices of Rajiv S. Khanna, P.C.
                                              5225 N. Wilson Boulevard
                                              Arlington, Virginia 22205
                                              Phone: 703-908-4800, Extension 110
                                              Facsimile: 703-908-4890
                                              e-mail: rskhanna@immigration.com