**EXHIBIT A:**

**MOTION TO REOPEN AND RECONSIDER FILED WITH THE DEFENDANT USCIS**

# Law Offices of Rajiv S. Khanna, PC

**immigration®**
**•com**

Practicing US Immigration Law in all fifty states and abroad.  Attorneys admitted in: DC, VA and NY.

10 October 2006

United States Department of Homeland Security
United States Citizenship and Immigration Services
Washington District Office
Attn: District Director
2675 Prosperity Avenue
Fairfax, VA 22031

**In The Matter of:**

5225 N. Wilson Blvd.
Arlington, VA 22205-1148

Phone:  (703) 908-4800
Fax:     (703) 908-4890

firm@immigration.com
firm@businesslaw.com
www.immigration.com

**Attorneys:**

Rajiv S. Khanna *
Jitesh Malik +
Mathew Chacko +

* Admitted to practice law in DC, VA
+ Admitted to practice law in NY

**Dr. Athman Bouguettaya**
                **...Applicant**

**EAC0208050130**
**A70469015**

## MOTION TO REOPEN AND RECONSIDER

Dear Sir or Madam:

Enclosed please find the following documentation in support of the Motion to Reopen and Reconsider against the denial dated September 29, 2006:

(i)     Check in the amount of $385.00 favoring Department of Homeland Security; and

(ii)    Motion to Reopen and Reconsider brief with Exhibits;

Please note that G-28 in favor of the counsel is already on the record.

Thank you for your attention to this matter.

Sincerely,

anna

227

**ATHMAN BOUGUETTAYA**          08/99
**MALIKA BOUGUETTAYA**      PH. 703-237-5995
210 E FAIRFAX ST APT 224
FALLS CHURCH, VA 22046-2907

68-426/514
60147

Date 10-04-06

PAY Department of Homeland security      $ 385.00
to the order of
THREE HUNDRED AND EIGHTY FIVE 00/100 ___ Dollars

**BB&T**
BRANCH BANKING AND TRUST COMPANY
FALLS CHURCH, VIRGINIA

Memo MTR /A70469015     Signature

⑈061106260⑈ 5230548120⑈00227

**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES**
**WASHINGTON DISTRICT OFFICE**
**2675 PROSPERITY AVENUE**
**FAIRFAX, VA 22031**

**In The Matter of:**

**Dr. Athman Bouguettaya**
        **...Applicant**                    **EAC0208050130**
                                            **A70469015**

## MOTION TO REOPEN AND RECONSIDER

Pursuant to 8 C.F.R. §103.5(a)(2) & (3), the above referenced Applicant, by and through counsel, respectfully requests the U.S. Citizenship & Immigration Service (Service) to reopen and reconsider the request for the grant of immigrant petition in favor of Dr. Athman Bouguettaya, the beneficiary.

As grounds for the requested relief, the Applicant submits as follows:

## SUMMARY SUBMISSION

Applicant's denial of the AOS application is prima facie erroneous. During the second interview on August 25, 2006, the Applicant stated under oath that he was never a member Islamic Salvation Front (FIS) at any point of time. The Applicant further stated at the time of the interview on August 25, 2006 that FIS was a genuine political party, which took part in the National Assembly Elections in Algeria in 1991.

## FACTS AND DECISION

On July 27, 2001, Virginia Polytechnic Inst. State University submitted an I-140 immigrant petition on behalf of Dr. Bouguettaya, which was approved on October 11, 2001 (Receipt Number: **EAC0119855240**). Enclosed please find as **Exhibit A**, a copy of the I-797 approval notice.

On December 17, 2001, the Applicant submitted an I-485 application to adjust to permanent resident status (AOS) (Receipt Number: **EAC0208050130**). Enclosed please find as **Exhibit B**, copy of the I-485 petition filed in favor of the Applicant.

On September 29, 2006 the Service denied Applicant's AOS petition on the following grounds:

> *...USCIS conducted standard criminal history and background checks and interviewed you on two occasions in connection with your application. You were questioned about your eligibility for adjustment of status, including, but not*

*limited to, your immigration history, foreign travel education and qualifications, employment history and current responsibilities, membership in and support of organizations, and any prior contacts with other government authorities. On the whole we did not find your answers forthright, and we do not find you credible. USCIS is unable to find that approving your application would be consistent with national security. Therefore USCIS will not exercise its discretion favorably on your application. For this reason, your application for adjustment of status is hereby denied as a matter of discretion...*

Enclosed please find as **Exhibit C**, a copy of the decision issued by the Service.

## ARGUMENTS

1. **APPLICANT'S DENIAL OF THE AOS APPLICATION IS PRIMA FACIE ERRONEOUS:**

On August 25, 2006, the Applicant while responding to the question raised by the adjudicating officer about FIS, stated under oath that he was never a member of FIS, nor he ever assisted or helped them in any manner. The Applicant further informed the adjudicating officer that FIS was a genuine political party, which took part in the General Assembly Elections in Algeria in 1991. In addition, the Applicant also informed the adjudicating officer that FIS was nowhere mentioned in the list of Foreign Terrorist Organizations issued by the Department of State. Enclosed please find as **Exhibit D**, information about FIS and a list of Foreign Terrorist Organization.

Furthermore, Service at the time of the interview on August 25, 2006 based their line of questioning on articles authored by David Joel Horowitz and Joe Kaufman of FrontPageMag.Com. It seems that Service also considered these articles while deciding on Applicant's AOS. Service's denial, therefore, is misplaced and erroneous since the authors themselves have been negatively commented upon on several occasions. Enclosed please find as **Exhibit E**, a copy of the information obtained about David Joel Horowitz from Wikipedia.org.

The denial dated September 29, 2006 of the Service erred in not stating the specific grounds on which the denial is based. The denial simply states: *"On the whole we did not find your answers forthright, and we do not find you credible. USCIS is unable to find that approving your application would be consistent with national security. Therefore USCIS will not exercise its discretion favorably on your application."*

The Applicant at the time of the interview gave information to the best of his knowledge. During the interview the adjudicating officer asked questions related to Applicant's life, which were around 15 to 25 years

2

old. It was a bit challenging for the Applicant to remember minute details of things or events that took place any where from 15 to 25 years ago.

2.    **APPLICANT SUBMITTED EVIDENCE REQUIRED BY THE SERVICE AT THE TIME OF THE INTERVIEW:**

Please note that during his personal interview on August 25, 2006 before the Service, the Applicant was asked to submit the following documents:

(i)     A copy of the birth certificate of his children;

(ii)    His latest curriculum vitae;

(iii)   A sworn statement that included all memberships in, or affiliations with the type of organizations/groups listed on Form I-485 Part, Letter C. Included with the statement was the name of the organizations, locations, date of memberships from and to, and the nature of the organizations that you have ever belonged to since your 16th birthday (anywhere in the world);

(iv)    A separate statement regarding the donations in the 90's to help the "needy" people in Algeria, the statement should include persons or organizations donated to, the form of payment i.e. (cash, check, wired) used and the names of financial institutions used to transfer the donations.

On September 5, 2006, the Applicant submitted in detail his curriculum vitae and all the other required documentation with the Service. The Applicant was not asked to submit any other documentation. The Applicant accordingly complied with all the requirements of the Service.

3.    **APPLICANT HAS NEVER ASSISTED OR BEEN INVOLVED IN ANY CRIMINAL OR TERRORIST ACTIVITY AND IS NOT INADMISSIBLE OR EXCLUDABLE:**

The Applicant has never assisted terrorists or been involved in any criminal activity. No grounds of inadmissibility or excludability as mentioned in Sections 212, 237, or 238 of INA relating to classes of aliens ineligible to receive visas and excluded from admission apply to him.

4.    **THERE IS NO RIGHT OF APPEAL:**

The law provides no right of appeal from the denial of the instant extension of status. Accordingly, the adjudication officer who decides this matter is the Applicant's only source of justice. Service's denial of instant motion to reopen would leave the Applicant no choice other than moving the appropriate court for review.

5. **THERE IS NO PUBLIC POLICY REASON FOR DENYING THE REQUEST:**

The Applicant is a law-abiding person and has never intentionally violated any laws of the United States or any other country. Applicant has always maintained his legal status. In addition, the grant of the request is not barred by any public policy considerations.

6. **THE INSTANT MOTION TO REOPEN SATISFIES THE REQUIREMENTS OF 8 C.F.R. §103.5(a)(3):**

This satisfies the requirements of 8 C.F.R. §103.5(a)(3):

Requirements for motion to reconsider: A motion to reconsider must state the reasons for reconsideration and be supported by any pertinent precedent decision to establish that the decision was based on an incorrect application of law or Service policy. A motion to reconsider a decision on an application or petition must, when filed, also establish that the decision was incorrect based on the evidence of record at the time of the initial decision.

## CONCLUSION

It is, therefore, requested that the instant motion to reopen and reconsider be granted and that the denial dated September 29, 2006, be withdrawn and Applicant's I-485 petition filed with the Service be re-opened and approved in accordance with law.

Thank you for your attention to this matter.

Sincerely,

Rajiv S. Khanna

Dated: October 10, 2006

4

**Exhibit A :**
**A copy of the I-797 receipt notice.**

U.S. Department of Justice
Immigration and Naturalization Service          Case 1:06-cv-00482-RJL     Document 24-2     Filed 10/13/2006     Page 8 of 35

Notice of Action

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>EAC-01-198-55240 | CASE TYPE   I140<br>IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|
| RECEIPT DATE<br>July 27, 2001 | PRIORITY DATE<br>May 16, 2001 | PETITIONER<br>VA POLYTECHNIC INST STATE UNIV |
| NOTICE DATE<br>October 11, 2001 | PAGE<br>1 of 1 | BENEFICIARY<br>BOUGUETTAYA, ATHMAN |

| | |
|---|---|
| HELEN L. KONRAD<br>MCCANDLISH KAINE PC<br>PO BOX 796<br>RICHMOND VA 23218 | Notice Type:  Approval Notice<br>Section: Outstanding Professor or<br>          Researcher, Sec.203(b)(1)(B) |

The above petition has been approved.  The petition indicates that the person for whom you are petitioning in the United States and will apply for adjustment of status.  He or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence.  A copy of this notice should be submitted with the application.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action.  The NVC also determines which consular post is the appropriate consulate to complete visa processing.  It will then forward the approved petition to that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

---

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-4913



**Exhibit B :**
**A copy the I-485 petition filed in favor of the**
**Applicant.**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE  I485   APPLICATION TO ADJUST TO PERMANENT |
|---|---|
| EAC-02-050-50130 | RESIDENT STATUS |
| RECEIVED DATE  December 17, 2001 | PRIORITY DATE | APPLICANT  A70 469 015 |
| NOTICE DATE  January 8, 2002 | PAGE  1 of 1 | BOUGUETTAYA, ATHMAN |

HELEN L. KONRAD
MCCANDLISH & KAINE PC
PO BOX 796
RICHMOND VA 23218

Notice Type:  Receipt Notice

Amount received: $ 145.00
Section: Adjustment as direct
         beneficiary of immigrant
         petition

The above application or petition has been received.  It takes 165 to 545 days from the date of this receipt for
us to process this type of case.  Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case.  You can also use the phone number (802)
527-4913 to obtain case status information direct from our computer system 24 hours a day with a touch-tone phone and
the receipt number for this case (at the top of this notice.)

If you have other questions about possible immigration benefits and services, filing information, or Immigration and
Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283.  If you are
hearing impaired, please call our TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov.  Here you can find valuable
information about forms and filing instructions, and about general immigration services and benefits.  At present, this
site does not provide case status information.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-4913

Form I-797C (Rev. 09/07/93) N

**Exhibit C:**
**A copy of the decision issued by the Service**



U.S. Department of Homeland Security
2675 Prosperity Avenue
Fairfax, VA 22031

U.S. Citizenship
and Immigration
Services

September 29, 2006

Athman Bouguettaya
300 Shelaiah Court
Blacksburg, VA 24060

Re: A70 469 015

### DECISION ON APPLICATION FOR STATUS AS PERMANENT RESIDENT

This is a decision on the Form I-485, Application to Register Permanent Residence or Adjust Status, filed by you on or about January 8, 2002, in accordance with section 245 of the Immigration and Nationality Act (INA). After a thorough review of your application and the administrative record, for the reason explained below, the application is hereby denied.

APPLICABLE LAW

INA § 245(a) provides in part:

> The status of an alien who was inspected and admitted or paroled into the United States or the status of any other alien having an approved petition for classification under subparagraph (A)(iii), (A)(iv), (B)(ii), or (B)(iii) of [204(a)(1)] … *may be adjusted by the [Secretary], in his discretion and under such regulations as he may prescribe*, to that of an alien lawfully admitted for permanent residence if (1) the alien makes an application for such adjustment, (2) the alien is eligible to receive an immigrant visa and is admissible to the United States for permanent residence, and (3) an immigrant visa is immediately available to him at the time his application is filed. (*Emphasis supplied*)

The adjudication of an application for adjustment of status under section 245 of the INA is a two-phase process. First, the applicant seeking permanent resident status must establish that he meets the objective statutory requirements for eligibility. Once he has established statutory eligibility, the applicant must demonstrate that he merits a favorable exercise of discretion. *Chen v. Foley*, 385 F.2d 929, 934 (6th Cir. 1967), *cert. denied*, 393 U.S. 838 (1968). An applicant who meets the objective requirements for adjustment of status is "in no way entitled to that relief." *Matter of Blas*, 15 I&N Dec. 626, 630 (BIA 1974), *citing Jarecha v. INS*, 417 F.2d 220 (5th Cir. 1969). Even though an applicant may be statutorily eligible, the applicant has the burden to show that discretion should be exercised in his behalf. *Matter of Leung*, 16 I&N Dec. 12, 14 (BIA 1976). Since the Department of Homeland Security possesses the discretionary authority to grant adjustment of status, "mere eligibility for that privilege will not automatically result in a grant of the application." *Matter of Arai*, 13 I&N Dec. 494, 495 (BIA 1970).

Athman Bouguettaya: A70 469 015:  Decision on Application for Permanent Resident Status.
Page 2

An applicant will not automatically be accorded adjustment of status simply because he fulfills the preliminary requirements; the applicant must prove that his case is meritorious. *Chen*, supra at 934, *citing Santos v. INS*, 375 F.2d  262 (9th Cir. 1967). Adjustment of status was not intended to supersede the consular visa-issuing processes or to be granted in non-meritorious cases. *Matter of Tanahan*, 18 I&N Dec. 339, 342 (BIA 1981); *Matter of Blas, supra* at 630, *citing Chen, supra*. In adjustment of status cases adjudicated under INA section 245, the applicant bears the burden to persuade the Department to favorably exercise its discretion because adjustment "is considered to be extraordinary relief." Jain v. INS, 612 F.2d 683, 687 (2d Cir. 1979) (*citation omitted*); *accord, Henry v. INS*, 74 F.3d 1, 7 (1st Cir. 1996) ("Adjustment of status is not an entitlement, but, rather, an extraordinary remedy"); *accord, Matter of Blas, supra* at 630, *citing Chen, supra* (Adjustment is relief that is "extraordinary inasmuch as it dispenses with ordinary immigration procedures.")

USCIS conducted standard criminal history and background checks and interviewed you on two occasions in connection with your application.  You were questioned about your eligibility for adjustment of status, including, but not limited to, your immigration history, foreign travel, education and qualifications, employment history and current responsibilities, memberships in and support of organizations, and any prior contacts with other government authorities.  On the whole we did not find your answers forthright, and we do not find you credible.  USCIS is unable to find that approving your application would be consistent with national security.  Therefore USCIS will not exercise its discretion favorably on your application.  For this reason, your application for adjustment of status is hereby denied as a matter of discretion.

The regulations do not provide for an appeal of this decision.  Your employment authorization, previously granted to you, expires on September 30, 2006, and will not be extended.  Since your adjustment application has been denied, your previous authorization for advance parole is terminated under 8 CFR 245.2(a)(4)(ii)(A).  The administrative record reveals that at this time, you have an approved I-140 Immigrant Petition.  USCIS will forward the petition to the National Visa Center, enabling you to apply for an immigrant visa by means of consular processing at an American Consulate outside the United States.  If you fail to depart the United States, the Department of Homeland Security will institute removal proceedings.

Sincerely,

Phyllis A. Howard
District Director

cc:       Law Offices of Rajiv S. Khanna, P.C.
          Attn: Jitesh Malik
          5225 N. Wilson Blvd.
          Arlington, VA 22205

**Exhibit D:**
**Information about FIS and a list of Foreign Terrorist**
**Organization.**

# Answers.com™

# Islamic Salvation Front

## Britannica

**Britannica CONCISE ENCYCLOPEDIA**

### Islamic Salvation Front

Algerian Islamist political party. Known best by its French acronym, the organization was founded in 1989 by Ali Belhadj and Abbasi al-Madani. The party won a majority of the seats contested in local elections in 1990 and most of the seats in the National Assembly in the first round of balloting in 1991. The government canceled the second round, however, and arrested many of the group's leaders. The FIS and more extreme Islamist groups afterward waged a protracted guerrilla war, in which atrocities by both sides were alleged to have occured. The group was blamed for the assassination of Pres. Mohamed Boudiaf, but no clear proof was ever found. *See also* Armed Islamic Group; Liamine Zeroual.

*For more information on Islamic Salvation Front, visit Britannica.com.*

## Wikipedia

### Islamic Salvation Front

**Algeria**



**This article is part of the series:**
**Politics and government of Algeria**

- Constitution
- President
  - Abdelaziz Bouteflika
- Prime Minister
  - Abdelaziz Belkhadem
- Parliament
  - Council of the Nation
  - People's National Assembly
- Political parties
- Elections
- Provinces (Wilayah)
- Foreign relations

Other countries - **Politics Portal**

The **Islamic Salvation Front** (Arabic: الجبهة الإسلامية للإنقاذ, *al-Jabhah al-Islāmiyah*

*lil-Inqādh*) (French: *Front Islamique du Salut*) is an outlawed Islamist political party in Algeria.

# History

On November 3, 1988, the Algerian Constitution was amended to allow parties other than the ruling FLN. The FIS was founded shortly afterwards in Algiers on February 18, 1989, led by an elderly sheikh, Abbassi Madani, and a charismatic young mosque preacher, Ali Belhadj. Its views ranged across a wide spectrum of Islamist opinion, exemplified by its two leaders. Abbassi Madani, a professor at University of Algiers and ex-independence fighter, represented a relatively moderate religious conservatism and symbolically connected the party to the Algerian War of Independence, the traditionally emphasized source of the ruling FLN's legitimacy. Ali Belhadj a high school teacher appealing to a younger and less educated class, made aggressively radical speeches that attracted dissatisfied lower-class youth and alarmed non-Islamists and feminists. He purportedly represents a salafi branch. Madani sometimes expressed support for multiparty democracy, whereas Belhadj denounced it as a potential threat to sharia. Their support of free market trading and opposition to the ruling elite also attracted middle class traders who felt left out of the economy.



FIS emblem

Their support base rapidly increased, with the help of activists preaching in friendly mosques, and on June 12, 1990, they swept the local elections with 54% of votes cast, taking 46% of town assemblies and 55% of wilaya assemblies [1]. Its supporters were especially concentrated in urban areas: it secured 93% of towns/cities of over 50,000. Its rapid rise alarmed the government, which moved to curtail the powers of local government. The Gulf War further energized the party. Although FIS had condemned Saddam Hussein's invasion of Kuwait, public opinion shifted in Iraq's favor once it was apparent that Western intervention was inevitable, and FIS made political capital out of outdoing the government in gestures opposing Desert Storm, including massive demonstrations, blood donation drives, and even calls for volunteers to fight in Iraq.

In May 1991, the FIS called for a general strike to protest the government's redrawing of electoral districts, which it saw as gerrymandering directed against it. The strike itself was a failure, but the demonstrations FIS organized in Algiers were huge, and succeeded in pressuring the government; it was persuaded in June to call the strike off by the promise of fair parliamentary elections. However, disagreements on the strike provoked open dissension among the FIS leadership (the *Madjliss ech-Choura*), and the prolonged demonstrations alarmed the military. Shortly afterwards the government arrested Madani and Belhadj on June 30, 1991, having already arrested a number of lower-ranking members. The party, however, remained legal, and passed to the effective leadership of Abdelkader Hachani after four days of

contested leadership by Mohamed Said (who was then arrested).

The rise of the party continued despite the arrests, though its activists were angered as its demands for the leaders' release went unheeded. After some deliberation, it agreed to participate in the next elections, after expelling dissenters such as Said Mekhloufi and Kamareddine Kherbane, who advocated direct action against the government. On December 26, 1991, the FIS handily won the first round of parliamentary elections; with 48% of the overall popular vote, they won 188 of the 231 seats contested in that round, putting them far ahead of rivals. The army saw the seeming certainty of resulting FIS rule as unacceptable. On January 11, 1992, it cancelled the electoral process, forcing President Chadli Bendjedid to resign and bringing in the exiled independence fighter Mohammed Boudiaf to serve as a new president. Many FIS members were arrested, including FIS number three leader Abdelkader Hachani on January 22. A state of emergency was declared, and the government officially dissolved FIS on March 4. On July 12, Abbassi Madani and Ali Belhadj were sentenced to 12 years in prison.

Such activists as remained at large took this as a declaration of war, though FIS would not officially call for armed resistance until 1993, attempting to steer a nuanced course of expressing sympathy for the guerrillas without endorsing their actions. Many took to the hills and joined guerrilla groups. The country inexorably slid into a civil war which would claim more than 100,000 lives, from which it only began to emerge at the end of the 1990s. Initially, the guerrillas were led by members of non-FIS groups, such as Mustafa Bouyali's supporters and people who had fought in Afghanistan, although FIS itself established an underground network, led by Mohamed Said and Abderrezak Redjam, setting up clandestine newspapers and even a radio station with close links to the MIA. From late 1992, they also began issuing official statements from abroad, led by Rabah Kebir and Anwar Haddam.

Soon after taking office in 1994, Zeroual began negotiations with the imprisoned FIS leadership, releasing some prisoners (including such figures as Ali Djeddi and Abdelkader Boukhamkham) by way of encouragement. These first negotiations collapsed in March, as each accused the other of reneging on agreements; but further, initially secret, negotiations would take place over the following months.

As the radical Armed Islamic Group, hostile to FIS as well as to the government, rose to the forefront, FIS-loyalist guerrillas, threatened with marginalization, attempted to unite their forces. In July 1994, the MIA, together with the remainder of the MEI and a variety of smaller groups, united as the Islamic Salvation Army (a term that had previously sometimes been used as a general label for pro-FIS guerrillas), declaring their allegiance to FIS and thus strengthening FIS' hand for the negotiations. It was initially headed by MIA's Abdelkader Chebouti, who was superseded in November 1994 by MEI's Madani Mezrag. By the end of 1994, they controlled over half the guerrillas of the east and west, but barely 20% in the center, near the capital, where the GIA were mainly based. Their main leadership was based in the Beni Khettab mountains near Jijel. It issued communiqués condemning the GIA's indiscriminate targeting of women, journalists, and other civilians "not involved in the repression", and attacking its school arson campaign.

Meanwhile, following letters from Madani and Belhadj expressing a commitment to pluralistic democracy and proposing possible solutions to the crisis, the governnment released both from jail to house arrest on September 13. However, no let up was observed in the fighting, and the government was unwilling to allow them to consult with FIS figures that remained in prison; the negotiations soon foundered, and at the end of October the government announced the failure of the second round of negotiations, and published incriminating letters from Belhadj that were allegedly found on the body of GIA leader Cherif Gousmi, who had been killed on September 26.

A few FIS leaders, notably Rabah Kebir, had escaped into exile abroad. During 1994, they carried out negotiations in Italy with other political parties, notably the FLN and FFS, and came out with a mutual agreement on January 14, 1995: the Sant'Egidio platform. This set forth a set of principles: respect for human rights and multiparty democracy, rejection of army rule and dictatorship, recognition of Islam, Arabness, and Berberness as essential aspects of Algerianness, demand for the release of FIS leaders, and an end to extrajudicial killing and torture on all sides. To the surprise of many, even Ali Belhadj endorsed the agreement. However, a crucial signatory was missing: the government itself. As a result, the platform had little if any effect.

Despite the government's extremely hostile reaction to the Rome Platform, though, a third attempt at negotiations took place, starting in April with a letter from Madani condemning acts of violence, and hopes were raised. However, the FIS did not offer enough concessions to satisfy the government, demanding, as usual, that FIS leaders should be released before FIS could call for a ceasefire. In July Zeroual announced that the talks had failed, for the last time.

In 1995, the GIA turned on the AIS in earnest. Reports of battles between the AIS and GIA increased (resulting in an estimated 60 deaths in March 1995 alone), and the GIA reiterated its death threats against FIS and AIS leaders, claiming to be the "sole prosecutor of jihad" and angered by their negotiation attempts. On July 11, they assassinated a co-founder of FIS, Abdelbaki Sahraoui, in Paris (although some question the authenticity of their statement claiming credit for this.)

The AIS, faced with attacks from both sides and wanting to dissociate itself from the GIA's civilian massacres, declared a unilateral ceasefire on September 21, 1997 (in order to "unveil the enemy who hides behind these abominable massacres"[2]), and disbanded in 1999[3].

On July 2, 2003, Belhadj and Madani were released. (The former had been in jail, the latter had been moved to house arrest in 1997.) Foreign media were banned from covering the event locally, and FIS itself remains banned. However, their release has had little apparent impact. After a decade of vicious civil conflict, there was little enthusiasm in Algeria for reopening old wounds.

# Goals

FIS's founders disagreed (and disagree) on a variety of points, but agreed on the core objective of establishing an Islamic State ruled by sharia law. FIS hurriedly assembled a platform in 1989, the *Projet de Programme du Front Islamique du Salut*, which was widely criticized as vague. Following the first National Assembly ballot, it issued a second pamphlet. Economically, it strongly criticized Algeria's planned economy, urging the need to "protect the private sector" and encourage competition - earning it support from traders and small businessmen - and urged the establishment of Islamic banking (ie interest-free banking.) Socially, it suggested that women should be given a financial incentive to stay at home rather than working outside - thus protecting sexual segregation (Ali Belhadj called it immoral for men and women to work in the same office) and increasing the number of jobs available to men in a time of chronic unemployment. Educationally, the party was committed to continuing Arabization of the educational system by shifting the language of instruction in more institutions, such as medical and technological schools, from French to Arabic; this measure struck a particular chord with the large numbers of recent graduates, the first post-independence generation educated mainly in Arabic, who found the continued use of French in higher education and public life jarring and disadvantageous to themselves. Politically, the contradiction between Madani and Belhadj's words was noteworthy: Madani condemned

violence "from wherever it came" (*El Moudjahid*, <u>26 December 1989</u>), and expressed his commitment to democracy and resolve to "respect the minority, even if it is composed of one vote" (*Jeune Afrique*, <u>12 February 1990</u>), while Belhadj said simply that "There is no democracy in Islam" (*El-Bayane*, Dec. 1989) and "If people vote against the Law of God... this is nothing other than blasphemy. The ulama will order the death of the offenders who have substituted their authority for that of God" (*Horizons* <u>23 February 1989</u>). In an interview with <u>Daniel Pipes</u> and <u>Patrick Clawson</u>, Anwar Haddam rejected this view of Belhadj, saying, "He has been misquoted. He has been accused of things out of bitterness. He wrote a book in which he expressed himself clearly in favor of democracy. In it, he writes on page 91 that "the West progressed by defeating tyranny and preserving freedoms; this is the secret of the Western world's remarkable progress." Belhadj refers many times to the Western world and to those very values that people are trying to deny us within our own borders." [<u>4</u>]

Its current platform (as of <u>2002</u>) can be read online (<u>PDF</u>), although events have made it relatively irrelevant; this document sets forth 43 "values and principles".

This entry is from Wikipedia, the leading user-contributed encyclopedia. It may not have been reviewed by professional editors (see <u>full disclaimer</u>)

<u>Donate to Wikimedia</u>

## Mentioned In

*Islamic Salvation Front* is mentioned in these AnswerPages:

| | |
|---|---|
| <u>Belhadj, Ali</u> (Mideast) | <u>Abdelkader Hachani</u> |
| <u>Ahmed Taleb Ibrahimi</u> | <u>Mohamed Tedjini Boudjelkha</u> |
| <u>Madani, Abbasi al-</u> (Mideast) | <u>Boudiaf, Mohamed</u> (Mideast) |
| <u>Armed Islamic Group</u> (Mideast) | <u>Abdelbaki Sahraoui</u> |
| <u>FIS</u> | <u>Fouad Boulemia</u> |
| | More> |

## Copyrights:



"Cite" Britannica information about **Islamic Salvation Front**
<u>Britannica Concise Encyclopedia</u>. © 2006 <u>Encyclopædia Britannica, Inc.</u> All rights reserved. More from <u>Britannica</u>

"Cite" Wikipedia information about **Islamic Salvation Front**
This article is licensed under the <u>GNU Free Documentation License</u>. It uses material from the <u>Wikipedia article "Islamic Salvation Front"</u>. More from <u>Wikipedia</u>


Preferences 

  

Popular Random Downloads Tools

# Answers.com™

world's greatest encyclodictionalmanacapedia

# Algerian National Assembly elections, 1991

Electronic Voting Systems
Reliable DirectVote® System Ensures Secure Voting & Accurate Results
www.SurveyandBallotSystems.com

Wikipedia
Directory > Reference > Wikipedia



Algerian National Assembly elections, 1991

**Algeria**



This article is part of the series:
**Politics and government of Algeria**

- Constitution
- President
  - o Abdelaziz Bouteflika
- Prime Minister
  - o Abdelaziz Belkhadem
- Parliament
  - o Council of the Nation
  - o People's National Assembly
- Political parties
- Elections
- Provinces (Wilayah)
- Foreign relations

Other countries - **Politics Portal**

The **Algerian National Assembly elections of 1991** were cancelled by a military coup after the first round, triggering the Algerian Civil War; the military expressed concerns that the FIS, which was almost certain to win more than the 2/3 majority of seats required to change the Algerian Constitution, would end democracy and impose a theocracy. Of 430 seats contested, 231 were won outright with 50% or more of the ballot; the remaining 199 would

have proceeded to a second ballot contested only by the two candidates with
the highest number of votes.

# Results by party

| Party | Votes | Share of Vote | Seats |
|---|---|---|---|
| FIS | 3,260,359 | 47.3% | 188 |
| FLN | 1,613,507 | 23.4% | 15 |
| FFS | 510,661 | 7.4% | 25 |
| Hamas | 368,697 | 5.3% | 0 |
| RCD | 200,267 | 2.9% | 0 |
| Ennahda | 150,093 | 2.2% | 0 |
| MDA | 135,882 | 2.0% | 0 |
| PRA | 67,828 | 1.0% | 0 |
| PNSD | 48,208 | 0.7% | 0 |
| PSD | 28,638 | 0.4% | 0 |
| MAJD | 27,623 | 2.6% | 0 |
| Other parties | 176,332 | 2.6% | 0 |
| Independents | 309,624 | 4.5% | 3 |
| Total | 6,897,906 | 100% | 231 |

Turnout: 7,822,625 (59%) Valid votes cast: 6,897,906 (52%)

# Results by region



- ■ FIS majority
- ⬚ 50% FIS
- ■ Non-FIS majority
- ▨ Undecided
- ☐ No data

| Wilaya | FIS seats | Total seats |
|---|---|---|
| Adrar | 0 | 3 |
| Ain-Defla | 8 | 8 |

| | | |
|---|---|---|
| Algiers | 16 | 16 |
| Annaba | ? | ? |
| Batna | 8 | 8 |
| Bechar | ? | ? |
| Bejaia | 0 | 11 |
| Biskra | 4 | 4 |
| Blida | 9 | 9 |
| Bordj Bou-Arreridj | 4 | 4 |
| Bouira | 6 | 7 |
| Boumerdes | 6 | 6 |
| Chlef | 9 | 9 |
| Constantine | 8 | 8 |
| Djelfa | 5 | 5 |
| El Tarf | 0 | 1 |
| El-Oued | 3 | 4 |
| Ghardaia | 1 | 5 |
| Guelma | ? | ? |
| Illizi | 0 | 3 |
| Jijel | 7 | 7 |
| Khenchela | 0 | 1 |
| Laghouat | 1 | 2 |
| Mascara | 7 | 7 |
| Medea | 9 | 9 |
| Mila | 8 | 8 |
| Mostaghanem | 1 | 1 |
| Msila | 9 | 10 |
| Naama | 1 | 1 |
| Oran | 11 | 11 |
| Ouargla | 4 | 4 |
| Oum el Bouaghi | 4 | 4 |
| Relizane | 8 | 8 |
| Saida | 1 | 2 |
| Setif | 13 | 14 |
| Sidi Bel Abbes | 2 | 2 |
| Skikda | 1 | 1 |
| Souk Ahras | ? | ? |
| Tamanrasset | 0 | 2 |
| Tebessa | ? | ? |

| | | |
|---|---|---|
| Tiaret | 4 | 4 |
| Tindouf | ? | ? |
| Tipaza | 3 | 3 |
| Tissemsilt | ? | ? |
| Tizi-Ouzou | 0 | 12 |
| Tlemcen | 7 | 8 |

Question marks indicate wilayas whose seats were not determined by the first round.

This entry is from Wikipedia, the leading user-contributed encyclopedia. It may not have been reviewed by professional editors (see full disclaimer)

Donate to Wikimedia

▼Continued below...

Win Your Union Election
95% win rate in over 5000 elections Videos, data guaranteed to win.
www.lrionline.com
Labor Relations Services
Specializing in union avoidance and preventative labor relations.
www.proemployer.net

⊕ Mentioned In

*Algerian National Assembly elections, 1991* is mentioned in these AnswerPages:

List of annulled elections     Elections in Algeria
List of Algeria-related topics

TrueBallot
Election Services: In the mail, On site, On line, On the phone
www.trueballot.com
Clean Elections
Voter-Owned Elections means government for voters, not donors.
www.TakeBackCA.org
Intelliscan, Inc.
Online and Mail Ballot Election Services
www.intelliscaninc.com
Algeria Visa Specialists
Travel Visas All African Countries. Rushes Available $39.00 Service Fee
www.PassportsPlus.com/
Algerian Newspapers
Buy Algerian Newspapers on eBay Algerian Newspapers for sale!
www.ebay.com

Copyrights:



**"Cite"** Wikipedia information about Algerian National Assembly elections, 1991
This article is licensed under the GNU Free Documentation License. It uses
material from the Wikipedia article "Algerian National Assembly elections,
1991". More from Wikipedia

Get the FREE Answers.com IE Toolbar!   Download Now   More Info

| Answers.com | brilliant | ⌄ | ♀ Go | 🔢 Today's Highlights | 🔍 Top Searches |

Add Answers to the IE7 Toolbar Search Box!  Add Now!

Tell me about: Algerian National Assembly elections, 1991

Home    Webmasters    Site Map    About    Help    Advertise    RSS 📶

Copyright © 2006 Answers Corporation. All rights reserved.    Terms of Use Privacy Policy IP Issues Disclair

# U.S. DEPARTMENT of STATE

Fact Sheet
Office of Counterterrorism
Washington, DC
October 11, 2005

## Foreign Terrorist Organizations (FTOs)

Foreign Terrorist Organizations (FTOs) are foreign organizations that are designated by the Secretary of State in accordance with section 219 of the Immigration and Nationality Act (INA), as amended. FTO designations play a critical role in our fight against terrorism and are an effective means of curtailing support for terrorist activities and pressuring groups to get out of the terrorism business.

### Identification

The Office of the Coordinator for Counterterrorism in the State Department (S/CT) continually monitors the activities of terrorist groups active around the world to identify potential targets for designation. When reviewing potential targets, S/CT looks not only at the actual terrorist attacks that a group has carried out, but also at whether the group has engaged in planning and preparations for possible future acts of terrorism or retains the capability and intent to carry out such acts.

### Designation

Once a target is identified, S/CT prepares a detailed "administrative record," which is a compilation of information, typically including both classified and open sources information, demonstrating that the statutory criteria for designation have been satisfied. If the Secretary of State, in consultation with the Attorney General and the Secretary of the Treasury, decides to make the designation, Congress is notified of the Secretary's intent to designate the organization and given seven days to review the designation, as the INA requires. Upon the expiration of the seven-day waiting period and in the absence of Congressional action to block the designation, notice of the designation is published in the *Federal Register*, at which point the designation takes effect. By law an organization designated as an FTO may seek judicial review of the designation in the United States Court of Appeals for the District of Columbia Circuit not later than 30 days after the designation is published in the *Federal Register*.

Until recently the INA provided that FTOs must be redesignated every two years or the designation would lapse. Under the Intelligence Reform and Terrorism Prevention Act of 2004 (IRTPA), however, the redesignation requirement was replaced by certain review and revocation procedures. IRTPA provides that an FTO may file a petition for revocation 2 years after its designation date (or in the case of redesignated FTOs, its most recent redesignation date) or 2 years after the determination date on its most recent petition for revocation. In order to provide a basis for revocation, the petitioning FTO must provide evidence that the circumstances forming the basis for the designation are sufficiently different as to warrant revocation.If no such review has been conducted during a five year period with respect to a designation, then the Secretary of State is required to review the designation to determine whether revocation would be appropriate. In addition, the Secretary of State may at any time revoke a designation upon a finding that the circumstances forming the basis for the designation have changed in such a manner as to warrant revocation, or that the national security of the United States warrants a revocation. The same procedural requirements apply to revocations made by the Secretary of State as apply to designations. A designation may be revoked by an Act of Congress, or set aside by a Court order.

### Legal Criteria for Designation under Section 219 of the INA as amended

1. It must be a *foreign organization.*
2. The organization must *engage in terrorist activity*, as defined in section 212 (a)(3)(B) of the INA (8 U.S.C. § 1182 (a)(3)(B)),* or *terrorism*, as defined in section 140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989 (22 U.S.C. § 2656f(d)(2)),** *or retain the capability and intent to engage in terrorist activity or terrorism*.
3. The organization's terrorist activity or terrorism must threaten the security of U.S. nationals *or* the national security (national defense, foreign relations, *or* the economic interests) of the United States.

**Legal Ramifications of Designation**

1. It is unlawful for a person in the United States or subject to the jurisdiction of the United States to knowingly provide "material support or resources" to a designated FTO. (The term "material support or resources" is defined in 18 U.S.C. § 2339A(b)(1) as " any property, tangible or intangible, or service, including currency or monetary instruments or financial securities, financial services, lodging, training, expert advice or assistance, safehouses, false documentation or identification, communications equipment, facilities, weapons, lethal substances, explosives, personnel (1 or more individuals who maybe or include oneself), and transportation, except medicine or religious materials." 18 U.S.C. § 2339A(b)(2) provides that for these purposes "the term 'training' means instruction or teaching designed to impart a specific skill, as opposed to general knowledge." 18 U.S.C. § 2339A (b)(3) further provides that for these purposes the term 'expert advice or assistance' means advice or assistance derived from scientific, technical or other specialized knowledge."
2. Representatives and members of a designated FTO, if they are aliens, are inadmissible to and, in certain circumstances, removable from the United States (see 8 U.S.C. §§ 1182 (a)(3)(B)(i)(IV)-(V), 1227 (a)(1)(A)).
3. Any U.S. financial institution that becomes aware that it has possession of or control over funds in which a designated FTO or its agent has an interest must retain possession of or control over the funds and report the funds to the Office of Foreign Assets Control of the U.S. Department of the Treasury.

**Other Effects of Designation**

1. Supports our efforts to curb terrorism financing and to encourage other nations to do the same.
2. Stigmatizes and isolates designated terrorist organizations internationally.
3. Deters donations or contributions to and economic transactions with named organizations.
4. Heightens public awareness and knowledge of terrorist organizations.
5. Signals to other governments our concern about named organizations.

**Current List of Designated Foreign Terrorist Organizations**

1. Abu Nidal Organization (ANO)
2. Abu Sayyaf Group
3. Al-Aqsa Martyrs Brigade
4. Ansar al-Islam
5. Armed Islamic Group (GIA)
6. Asbat al-Ansar
7. Aum Shinrikyo
8. Basque Fatherland and Liberty (ETA)
9. Communist Party of the Philippines/New People's Army (CPP/NPA)
10. Continuity Irish Republican Army
11. Gama'a al-Islamiyya (Islamic Group)
12. HAMAS (Islamic Resistance Movement)
13. Harakat ul-Mujahidin (HUM)
14. Hizballah (Party of God)
15. Islamic Jihad Group
16. Islamic Movement of Uzbekistan (IMU)
17. Jaish-e-Mohammed (JEM) (Army of Mohammed)
18. Jemaah Islamiya organization (JI)
19. al-Jihad (Egyptian Islamic Jihad)
20. Kahane Chai (Kach)
21. Kongra-Gel (KGK, formerly Kurdistan Workers' Party, PKK, KADEK)
22. Lashkar-e Tayyiba (LT) (Army of the Righteous)
23. Lashkar i Jhangvi
24. Liberation Tigers of Tamil Eelam (LTTE)
25. Libyan Islamic Fighting Group (LIFG)
26. Moroccan Islamic Combatant Group (GICM)
27. Mujahedin-e Khalq Organization (MEK)
28. National Liberation Army (ELN)
29. Palestine Liberation Front (PLF)
30. Palestinian Islamic Jihad (PIJ)
31. Popular Front for the Liberation of Palestine (PFLF)
32. PFLP-General Command (PFLP-GC)
33. al-Qa'ida
34. Real IRA

35.   Revolutionary Armed Forces of Colombia (FARC)
36.   Revolutionary Nuclei (formerly ELA)
37.   Revolutionary Organization 17 November
38.   Revolutionary People's Liberation Party/Front (DHKP/C)
39.   Salafist Group for Call and Combat (GSPC)
40.   Shining Path (Sendero Luminoso, SL)
41.   Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn (QJBR) (al-Qaida in Iraq) (formerly Jama'at al-Tawhid wa'al-Jihad, JTJ, al-Zarqawi Network)
42.   United Self-Defense Forces of Colombia (AUC)

\* Section 212(a)(3)(B) of the INA defines "terrorist activity" to mean: "any activity which is unlawful under the laws of the place where it is committed (or which, if committed in the United States, would be unlawful under the laws of the United States or any State) and which involves any of the following:

(I) The highjacking or sabotage of any conveyance (including an aircraft, vessel, or vehicle).

(II) The seizing or detaining, and threatening to kill, injure, or continue to detain, another individual in order to compel a third person (including a governmental organization) to do or abstain from doing any act as an explicit or implicit condition for the release of the individual seized or detained.

(III) A violent attack upon an internationally protected person (as defined in section 1116(b)(4) of title 18, United States Code) or upon the liberty of such a person.

(IV) An assassination.

(V) The use of any--

(a) biological agent, chemical agent, or nuclear weapon or device, or

(b) explosive, firearm, or other weapon or dangerous device (other than for mere personal monetary gain), with intent to endanger, directly or indirectly, the safety of one or more individuals or to cause substantial damage to property.

(VI) A threat, attempt, or conspiracy to do any of the foregoing."

Other pertinent portions of section 212(a)(3)(B) are set forth below:

(iv) Engage in Terrorist Activity Defined

As used in this chapter [chapter 8 of the INA], the term 'engage in terrorist activity' means in an individual capacity or as a member of an organization–

1.   to commit or to incite to commit, under circumstances indicating an intention to cause death or serious bodily injury, a terrorist activity;
2.   to prepare or plan a terrorist activity;
3.   to gather information on potential targets for terrorist activity;
4.   to solicit funds or other things of value for–

(aa) a terrorist activity;

(bb) a terrorist organization described in clause (vi)(I) or (vi)(II); or

(cc) a terrorist organization described in clause (vi)(III), unless the solicitor can demonstrate that he did not know, and should not reasonably have known, that the solicitation would further the organization's terrorist activity;

I.   to solicit any individual–

(aa) to engage in conduce otherwise described in this clause;

(bb) for membership in terrorist organization described in clause (vi)(I) or

(vi)(II); or

(cc) for membership in a terrorist organization described in clause (vi)(III), unless the solicitor can demonstrate that he did not know, and should not reasonably have known, that the solicitation would further the organization's terrorist activity; or

II.   to commit an act that the actor knows, or reasonably should know, affords material support, including a safe house, transportation, communications, funds, transfer of funds or other material financial benefit, false documentation or identification, weapons (including chemical, biological, or radiological weapons), explosives, or training–

(aa) for the commission of a terrorist activity;

(bb) to any individual who the actor knows, or reasonably should know, has committed or plans to commit a terrorist activity;

(cc) to a terrorist organization described in clause (vi)(I) or (vi)(II); or

(dd) to a terrorist organization described in clause (vi)(III), unless the actor can demonstrate that he did not know, and should not reasonably have known, that the act would further the organization's terrorist activity.

This clause shall not apply to any material support the alien afforded to an organization or individual that has committed terrorist activity, if the Secretary of State, after consultation with the Attorney General, or the Attorney General, after consultation with the Secretary of State, concludes in his sole unreviewable discretion, that that this clause should not apply."

"(v) Representative Defined

As used in this paragraph, the term 'representative' includes an officer, official, or spokesman of an organization, and any person who directs, counsels, commands, or induces an organization or its members to engage in terrorist activity.

i.   Terrorist Organization Defined

As used in clause (i)(VI) and clause (iv), the term 'terrorist organization' means an organization--

I.   designated under section 219 [8 U.S.C. § 1189];
II.   otherwise designated, upon publication in the Federal Register, by the Secretary of State in consultation with or upon the request of the Attorney General, as a terrorist organization, after finding that the organization engages in the activities described in subclause (I), (II), or (III) of clause (iv), or that the organization provides material support to further terrorist activity; or
III.   that is a group of two or more individuals, whether organized or not, which engages in the activities described in subclause (I), (II), or (III) of clause (iv).

** Section 140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989 defines "terrorism" as "premeditated, politically motivated violence perpetrated against noncombatant targets by subnational groups or clandestine agents."

**Exhibit E:**
**A copy of the information obtained about David Joel**
**Horowitz from Wikipedia.org.**

# David Horowitz

From Wikipedia, the free encyclopedia
(Redirected from David Horowitz (conservative writer))

**David Joel Horowitz** (born January 10, 1939), an American conservative writer and activist. A prominent member of the New Left in the 1960s, Horowitz later rejected Leftism and now identifies with the right wing of the political spectrum. He is a founder of the David Horowitz Freedom Center (formerly the Center for the Study of Popular Culture), a writer for the conservative magazine *NewsMax*, and the editor of the popular conservative website FrontPageMag.com. He is affiliated with activist groups such as Students for Academic Freedom and Campus Watch, and frequently appears on the Fox News Channel as an analyst.

## Contents

- 1 Early life and career
- 2 Activism on the right
- 3 Academic Bill of Rights
- 4 Criticism
- 5 Books
  - 5.1 Histories co-authored with Peter Collier
- 6 Quotations
- 7 External links
- 8 Public Criticism

# Early life and career

David Horowitz was born in 1939 to a Jewish family in Forest Hills, New York. His parents, Phil and Blanche Horowitz, were school-teachers in Sunnyside Gardens, in the borough of Queens in New York City. Horowitz attended Columbia University and later the University of California, Berkeley, where he received a Master's degree in English literature.

His parents were long-standing members of the Communist Party, which Horowitz would come to reject. While still identifying as a Marxist, Horowitz, along with many other left wing figures of his generation, embraced the "New Left", intending to create a socialist movement unstained by ties to the repressive Soviet Union.

During this time, he authored several books that were influential in New Left critiques of American society and particularly its foreign policy, including *The Free World Colossus: A Critique of American Foreign Policy in the Cold War*. Horowitz was an editor at the influential New Left magazine, *Ramparts.*

Horowitz was a confidant of Black Panthers leader Huey P. Newton, and provided legal and financial assistance to the black revolutionary organization. He would later cite experiences with his involvement in the Panthers as the primary catalyst for reassessing his beliefs. In December of 1974, his close friend Betty Van Patter, a bookkeeper for the Panthers, was murdered. While the case officially went unsolved, Horowitz has maintained that the Panthers were responsible for her murder, committed in order to silence Patter from revealing the organization's financial corruption, and thereafter covered up the killing.

In 1988 Horowitz authored the introduction to a book entitled *Convert Cadre: Inside the Institute for Policy Studies*, featuring material taken from John Train. In this introduction, Horowitz describes his own transformation from a leftist to a rightist.

His political and ideological doubts were later recounted in a series of memoirs and retrospectives, including *Radical Son: A Generational Odyssey*, published in 1998. Other events that Horowitz cites as being influential in his conversion from socialism were the impacts of the US loss in the Vietnam War on the peoples of Indochina, and particularly Cambodia, which under the leadership of the Khmer Rouge saw mass terror and famine, leading to millions of deaths. Horowitz believes that the far left turned a blind eye to such atrocities because the ideological vision of the communists was one which they shared and that they think to admit something went wrong was therefore to admit that there was something wrong in the ideal itself; the reactions thus ranged from quiet disinterest in the fate of the countries to stark apologia, symbolized by George Hildebrand and Gareth Porter's

*Cambodia: Starvation and Revolution*, which presented a much more favorable depiction of life under the Khmer Rouge than later came to be accepted.

Horowitz belonged to the more introspective class of leftists, but later became much more vocal in opposing communist movements, voicing support for the Contra guerrilla uprising against the self-declared Marxist-Leninist Sandinista junta in the 1980s. Horowitz came to believe that the widespread resistance to the notion that any such uprising against governments viewed as undemocratic and tyrannical could be legitimate or popular, so long as the governments were of the left, Horowitz began to contemplate a complete abandonment of his deeply-held views, to which he ascribes a fundamental level of religiosity. Along with close associate Peter Collier (political author), Horowitz hosted a 1987 "Second Thoughts Conference" in Washington, D.C., which was decried by left-wing figures such as Sidney Blumenthal, who wrote a piece in *The Washington Post* describing it as a "coming out" of left-wing radicals to the right. Horowitz denied having such an intention at the time. [1] (http://www.frontpagemag.com/Articles/Printable.asp?ID=8018)

# Activism on the right

Growing out of their increasing "second thoughts," Horowitz and Collier committed to a completely different cause: opposition to the new status quo of academia and what they perceived to be the destructive influence of it and the new generation of academics. Peter Collier wrote that, "there was only one antidote for the new orthodoxy: *Heterodoxy*." [2] (http://www.discoverthenetwork.org/guideDesc.asp?catid=152&type=issue) Thus in 1992, the same year as the election of President Bill Clinton, *Heterodoxy magazine* was founded.

Since that time, Horowitz has involved himself in an increasing number of organizations and movements intended to counter left-wing political and intellectual influence, and to redress various grievances with academia.

He was later noted for his staunch opposition to affirmative action policies, as well as reparations for slavery. [3] (http://www.frontpagemag.com/Articles/ReadArticle.asp?ID=1153) Horowitz is also known for his support for a proactive, interventionist foreign policy associated with the "neoconservatives", a label that Horowitz rejects as a smear. FrontPageMag.com, his right-leaning website, carries editorials from many authors who were and are strongly supportive of the war on terror and the war in Iraq. However, Horowitz personally opposed American intervention in the Kosovo War, arguing that it was unnecessary and harmful to US interests. [4] (http://www.frontpagemag.com/Articles/ReadArticle.asp?ID=1196)

Viewing the political atmosphere of many universities as intolerant of such ideas, he went so far as to purchase, or attempt to purchase, advertising space in school publications in order to get his views and arguments across. Many of these offers were denied, and at some schools whose papers carried the essay, copies were destroyed and confiscated by protesting campus groups. [5] (http://www.frontpagemag.com/Articles/ReadArticle.asp?ID=1153) [6] (http://archive.salon.com/news/feature/2001/03/09/horowitz/) [7] (http://www.projo.com/words/brown2.htm)

In 2004, Horowitz launched Discover the Networks, a conservative watchdog project that monitors funding for, and various ties among, individuals and organizations of the left. Part of the motivation for Discover the Networks is Horowitz's view that leftist individuals and groups support, whether consciously or not, Islamic terrorism, and thus require ongoing scrutiny. This theme is explored in Horowitz's 2004 book, *Unholy Alliance.*

An agnostic Jew, Horowitz has rejected the tendency of social conservatives to support sodomy laws, and attacked laws that were still existing on the books. He criticized the Republican Party for being unwilling to gear itself towards the civil rights of homosexuals, noting that more homosexuals voted for George W. Bush in 2000 than did blacks or Jews. While Horowitz disagrees with the gay marriage movement, he believes homosexuals have a fundamental right to privacy and that the term "homosexual agenda", common among right-wing pundits, is an "intolerant" one. [8] (http://www.frontpagemag.com/Articles/ReadArticle.asp?ID=7910)

# Academic Bill of Rights

The issue of ideological bias in academia is currently Horowitz's main focus of activism and authorship. His 2006 book, *The Professors: The 101*

*Most Dangerous Academics in America*, criticizes individual professors for their professorial conduct. According to Horowitz, these professors are responsible for indoctrination in institutions of higher learning.

Horowitz and others promote his Academic Bill of Rights, an eight-point manifesto that seeks to eliminate what they see as political bias in university hiring and grading. Horowitz claims that bias in universities amounts to indoctrination, and charges that conservatives and particularly Republicans are "systematically excluded" from faculties, citing statistical studies on faculty party affiliation. [9] (http://select.nytimes.com/2005/10/11/opinion/11tierney.html) Critics of the proposed policy, such as Stanley Fish, have argued that "academic diversity," as Horowitz describes it, is not a legitimate academic value, and that no endorsement of "diversity" can be absolute. [10] (http://chronicle.com/free/v50/i23/23b01301.htm)



Horowitz at a book event.

# Criticism

Chip Berlet, writing for the Southern Poverty Law Center (SPLC), identified Horowitz's Center for the Study of Popular Culture as one of 17 "right-wing foundations and think tanks support[ing] efforts to make bigoted and discredited ideas respectable." [11] (http://www.splcenter.org/intel/intelreport/article.jsp?pid=105) Berlet claims Horowitz rejects the idea that some African Americans "could be the victims of lingering racism." In reply, Horowitz wrote an open letter to Morris Dees, president of the SPLC, claiming the charge "cannot be even charitably regarded as a misunderstanding of my text. It is again a calculated and carefully constructed lie." Horowitz writes that the passage Berlet cites as evidence, "has absolutely nothing to do with whether there is lingering racism or not. It doesn't even have to do with my own opinions, but with the opinions of these other minority groups." The letter urges Dees to remove the article from the law center's website, alleging that it was "so tendentious, so filled with transparent misrepresentations and smears that if you continue to post the report you will create for your Southern Poverty Law Center a well-earned reputation as a hate group itself." [12] (http://www.frontpagemagazine.com/Articles/Printable.asp?ID=9622) Dees refused, and subsequent critical pieces on Berlet and the SPLC have been featured on his website and personal blog.

Horowitz was criticized by self-described "anti-racist essayist, lecturer and activist" Tim Wise, who wrote in the left-wing publication, *Znet*, that Horowitz was acquiescing to racists for his acceptance of funding from the Bradley Foundation, which supported the publication of *The Bell Curve*, as well for running a modified piece by white nationalist Jared Taylor on the media treatment of black-on-white murders. [13] (http://www.zmag.org/Sustainers/content/2002-12/16wise.cfm) When Horowitz ran the piece, he admitted that the decision to do so would be controversial, but denied that Taylor was a racist, instead arguing that his "racialism" was an example of identity politics precipitated by an intellectual surrender to multiculturalism; Horowitz denied that he and his publication share the agendas of Taylor. [14] (http://www.frontpagemag.com/blog/printable.asp?ID=13)

Horowitz has also been accused of supporting his view that U.S. colleges and universities are bastions of liberal radicalism with stories which are not true. For example, throughout 2004 Horowitz told the story of a Colorado student who was failed by a liberal professor for refusing to write an essay exam response arguing that George W. Bush is a war criminal.[15] (http://www.frontpagemag.com/articles/ReadArticle.asp?ID=15043)[16] (http://www.studentsforacademicfreedom.org/archive/2005/March2005/UNColoradostorydetails031405.htm) The story was unsubstantiated,[17] (http://mediamatters.org/items/200503080001) and later turned out to be false--the student was not required to make this argument, did not receive an F, and the instructor was a registered Republican. [18] (http://www.insidehighered.com/news/2005/03/15/horowitz3_15)[19] (http://mediamatters.org/items/200503160001)[20] (http://mediamatters.org/items/200503180001)

Horowitz also claimed that a Pennsylvania State University biology professor forced his students to watch the film Fahrenheit 9/11 just before the 2004 election (see, for example, the Students for Academic Freedom report "The Campaign for Academic Freedom," (http://www.studentsforacademicfreedom.org/literature/CFAF_v23gz.pdf) p. 38).[21] (http://www.usatoday.com/news/education/2006-05-31-horowitz-cover_x.htm) Horowitz later acknowledged that he had no evidence that this event actually took place.[22] (http://insidehighered.com/news/2006/01/11/retract) Finally, Horowitz has

referred to the case of a student named Ahmad al-Qloushi, who was supposedly given a failing grade and told by his instructor to seek psychological counselling after writing an essay which was too "pro-American."[23] (http://www.studentsforacademicfreedom.org/archive/December2004/Foothillchronology121304.htm)[24] (http://www.studentsforacademicfreedom.org/archive/2005/March2005/AhmadFoothillDefendingPatArabsRights033105.htm) Al-Qloushi was even given column space on Horowitz's website FrontPageMag.com.[25] (http://www.frontpagemag.com/Articles/ReadArticle.asp?ID=16550) This story also turned out to be false. [26] (http://mediamatters.org/items/200502220005)[27] (http://hereswhatsleft.typepad.com/home/2005/02/on_january_26_2.html)

Horowitz has also come under fire for material in his books, particularly *The Professors*. [28] (http://www.tpmcafe.com/node/26850)[29] (http://www.nyu.edu/classes/siva/archives/002808.html). For example, Media Matters for America analyzed this book and claims that of the 100 professors listed, only six were denigrated by Horowitz solely on the basis of in-class behavior and activities, while 52 were denigrated without any reference whatsoever to in-class activities[30] (http://mediamatters.org/items/200604180011)--in spite of Horowitz's previous claim that he makes "a very clear distinction between what's done in the classroom" and "what professors say as citizens."[31] (http://mediamatters.org/items/200604100003) The group Free Exchange on Campus issued a 50-page report in May of 2006 in which they take issue with many of Horowitz's assertions in the book and describe what they see as factual errors, unsubstantiated assertions, and quotations which appear to be either misquoted or taken out of context.[32] (http://www.freeexchangeoncampus.org/index.php?option=com_docman&Itemid=25&task=view_category&catid=12&order=dmdate_published&ascdesc=DESC)[33] (http://insidehighered.com/news/2006/05/09/report)[34] (http://hnn.us/roundup/entries/24935.html)

Jacob Laksin has since issued a lengthy, three-part response to this report on FrontPageMag.com.[35] (http://www.frontpagemag.com/Articles/ReadArticle.asp?ID=22870)[36] (http://www.frontpagemag.com/articles/readarticle.asp?ID=22871&p=1)[37] (http://www.studentsforacademicfreedom.org/archive/2006/June2006/ProfessorsDiscountingtheFactsIII061206.htm?ID=22872&p=1)[38] (http://hnn.us/roundup/entries/26622.html) which, among other things, claims that Free Exchange on Campus misrepresents itself as being "disinterested observers". According to Laskin, "The groups comprising the Free Exchange coalition are chiefly distinguished by their partisan commitment to left-wing political causes and their support for the politicized and one-sided academic status quo." Laskin cites member organizations, Campus Progress (which Laskin claims is funded by George Soros), the American Civil Liberties Union and People for the American Way as examples. Laskin also claims the report "misrepresents and distorts the arguments of *The Professors* in order to attack the book and its author, and is not above fabricating evidence to make its case," and that while the report does catch some errors in Horowitz's book, they are trivial and "in no way affect the substantive arguments of the book or the conclusions drawn in the individual profiles of the professors included." [39] (http://www.frontpagemag.com/Articles/ReadArticle.asp?ID=22870)

# Books

- *Student: The Political Activities of the Berkeley Students* (1962)
- *Empire and Revolution: A Radical Interpretation of Contemporary History* (1970 ISBN 0394708563)
- *Corporations and the Cold War*, edited, and with introduction (1970 ISBN 0853451605)
- *The Free World Colossus: A Critique of American Foreign Policy in the Cold War* (1971 ISBN 0809001071)
- *Destructive Generation: Second Thoughts About the '60s* by Peter Collier, David Horowitz (1989 ISBN 0671667521)
- *The Art of Political War And Other Radical Pursuits*
- *How to Beat the Democrats and Other Subversive Ideas*
- *Radical Son: A Generational Odyssey* (1998 ISBN 0684840057) autobiography
- *Uncivil Wars: The Controversy Over Reparations For Slavery* (2002 ISBN 1893554449)
- *Hating Whitey: and Other Progressive Causes* ISBN 189062621X
- *The Politics of Bad Faith: The Radical Assault on America's Future*
- *Left Illusions: An Intellectual Odyssey* (2003 ISBN 1890626511)
- *Unholy Alliance: Radical Islam and the American Left* (2004 ISBN 089526076X)
- *The Anti-Chomsky Reader* with Peter Collier (2004 ISBN 189355497X)
- *The End Of Time* (2005 ISBN 1594030804)
- *The Professors: The 101 Most Dangerous Academics in America* (2006 ISBN 0895260034)

## Histories co-authored with Peter Collier

- *The Rockefellers: An American Dynasty* (1976)
- *The Kennedys: An American Drama* (1985)
- *The Fords: An American Epic* (1987)
- *The Roosevelts: An American Saga* (1994)

# Quotations

- *Liberation is no longer, and can be no longer, merely a national concern. The dimension of the struggle, as Lenin and the Bolsheviks so clearly saw, is international: its road is the socialist revolution.* - from the 1969 essay "Imperialism and Revolution".

- *For the sake of the poorest peasants in this godforsaken country, I can't wait for the Contras to march into this town and liberate it from these fucking Sandinistas!* - In the dining room of the Managua Intercontinental Hotel in Nicaragua, during the fall of 1987.

- *If blacks are oppressed in America, why isn't there a black exodus?* - from the 1999 Salon.com article, "Guns don't kill black people, other blacks do".

- *The black middle-class in America is a prosperous community that is now larger in absolute terms than the black underclass. Does its existence not suggest that economic adversity is the result of failures of individual character rather than the lingering after-effects of racial discrimination and a slave system that ceased to exist well over a century ago?* - From "Ten Reasons Why Reparations for Blacks is a Bad Idea for Blacks and Racist Too".

- *Leftists want to regulate everything but hard drugs and sex.* - from a speech at Michigan State University.

# External links

- FrontPage magazine.com About Horowitz (http://www.frontpagemag.com/AboutHorowitz/index.asp)
- Bibliography Of Published Works (http://www.frontpagemag.com/Content/read.asp?ID=27)
- Students for Academic Freedom (http://www.studentsforacademicfreedom.org/) - website promoting Horowitz's "Academic Bill of Rights"
- Horowitz: "I'm not a racial provocateur" (http://archive.salon.com/news/feature/2001/03/13/horowitz/print.html) - Salon.com
- Legislating Academic Freedom: The Larkin-Horowitz Debate (http://aaup-ca.org/larkin_horowitz.html)
- Debates with David Horowitz and ZNet writers (http://www.zmag.org/horowitz_flap.htm)
- Audio file of Horowitz debating with Ward Churchill (http://rightalk.listenz.com/!ARCHIVES/ChurchillVSHorowitz2-64-44M.mp3)
- Dangerous Professors (http://dangerousprofessors.net/) A companion website to Horowitz's book.
- Unholy Alliance: Part I (http://frontpagemag.com/Articles/ReadArticle.asp?ID=15316) An interview by Jamie Glazov.

# Public Criticism

- Free Exchange On Campus (http://www.freeexchangeoncampus.org/) - coalition of AAUP, AFT, ACLU, and NEA, critical of Horowitz.
- Know Your Right-Wing Speakers: David Horowitz (http://www.campusprogress.org/tools/155/know-your-right-wing-speakers-david-horowitz)
- "David Horowitz's Long March" (http://www.thenation.com/doc.mhtml?i=20000703&c=1&s=sherman) - Scott Sherman, *The Nation*
- Media Matters entries on Horowitz (http://mediamatters.org/issues_topics/people/davidhorowitz)
- "Chilling Effects: David Horowitz tries to redefine 'academic freedom'" (http://reason.com/links/links091703.shtml) - Jesse Walker, Reason Magazine
- Disinfopedia - David Horowitz (http://www.disinfopedia.org/wiki.phtml?title=David_Horowitz_(ex-Marxist))
- The Delusions of David Horowitz (http://www.counterpunch.org/nimmo1031.html) - *Counterpunch*.
- David Horowitz (http://www.mediatransparency.com/personprofile.php?personID=15) - MediaTransparency profile of Horowitz.
- Revolutionary Worker: Meet the Real David Horowitz (http://www.rwor.org/a/013/horowitz-battering-ram.htm)

- David Horowitz ex-Marxist (http://www.sourcewatch.org/index.php?title=David_Horowitz_%28ex-Marxist%29)

Retrieved from "http://en.wikipedia.org/wiki/David_Horowitz"

Categories: David Horowitz | 1939 births | Activists | American agnostics | Campus Watch | Columbia University alumni | Jewish American writers | Jewish historians | Living people | People from Queens | University of California, Berkeley alumni | American conservatives

- This page was last modified 03:39, 4 October 2006.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.)
  Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc.