UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 3 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DR. ATHMAN BOUGUETTAYA *et al.*,  )
)
Plaintiffs,  )
)
v.  )  No. 06-0482 (RJL)
)
MICHAEL CHERTOFF, *et al.*  )
)
Defendants.  )

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 31st day of January 2007, hereby

**ORDERED** that [#23] Defendants' Motion to Dismiss is **GRANTED**.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge